**THE ASSOCIATED GENERAL CONTRACTORS OF AMERICA**



K G Industries

# AGC DOCUMENT NO. 655
# STANDARD FORM OF AGREEMENT
# BETWEEN CONTRACTOR AND SUBCONTRACTOR
### (Where the Contractor and Subcontractor
### Share the Risk of Owner Payment)

## TABLE OF ARTICLES

1. AGREEMENT

2. SCOPE OF WORK

3. SUBCONTRACTOR'S RESPONSIBILITIES

4. CONTRACTOR'S RESPONSIBILITIES

5. PROGRESS SCHEDULE

6. SUBCONTRACT AMOUNT

7. CHANGES IN THE SUBCONTRACT WORK

8. PAYMENT

9. INDEMNITY, INSURANCE AND WAIVER OF SUBROGATION

10. CONTRACTOR'S RIGHT TO PERFORM SUBCONTRACTOR'S RESPONSIBILITIES AND TERMINATION OF AGREEMENT

11. DISPUTE RESOLUTION

12. MISCELLANEOUS PROVISIONS

13. EXISTING SUBCONTRACT DOCUMENTS

> This Agreement has important legal and insurance consequences. Consultation with an attorney and an insurance consultant is encouraged with respect to its completion or modification.

## ARTICLE 2

## SCOPE OF WORK

**2.1 SUBCONTRACT WORK** The Contractor contracts with the Subcontractor as an independent contractor to provide all labor, materials, equipment and services necessary or incidental to complete the work described in Article 1 for the Project in accordance with, and reasonably inferable from, that which is indicated in the Subcontract Documents, and consistent with the Progress Schedule, as may change from time to time. The Subcontractor shall perform the Subcontract Work under the general direction of the Contractor and in accordance with the Subcontract Documents.

**2.2 CONTRACTOR'S WORK** The Contractor's work is the construction and services required of the Contractor to fulfill its obligations pursuant to its agreement with the Owner (the Work). The Subcontract Work is a portion of the Work.

**2.3 SUBCONTRACT DOCUMENTS** The Subcontract Documents include this Agreement, the Owner-Contractor agreement, special conditions, general conditions, specifications, drawings, addenda, Subcontract Change Orders, amendments and any pending and exercised alternates. The Contractor shall make available to the Subcontractor, prior to the execution of the Subcontract Agreement, copies of the Subcontract Documents to which the Subcontractor will be bound. The Subcontractor similarly shall make copies of applicable portions of the Subcontract Documents available to its proposed subcontractors and suppliers. Nothing shall prohibit the Subcontractor from obtaining copies of the Subcontract Documents from the Contractor at any time after the Subcontract Agreement is executed. The Subcontract Documents existing at the time of the execution of this Agreement are set forth in Article 13.

**2.4 CONFLICTS** In the event of a conflict between this Agreement and the other Subcontract Documents, this Agreement shall govern.

**2.5 EXTENT OF AGREEMENT** Nothing in this Agreement shall be construed to create a contractual relationship between persons or entities other than the Contractor and Subcontractor. This Agreement is solely for the benefit of the parties, represents the entire and integrated agreement between the parties, and supersedes all prior negotiations, representations, or agreements, either written or oral.

**2.6 DEFINITIONS**

.1 Wherever the term *Progress Schedule* is used in this Agreement, it shall be read as Project Schedule when that term is used in the Subcontract Documents.

.2 Whenever the term *Change Order* is used in this Agreement, it shall be read as Change Document when that term is used in the Subcontract Documents.

.3 Unless otherwise indicated, the term *Day* shall mean calendar day.

## ARTICLE 3

## SUBCONTRACTOR'S RESPONSIBILITIES

**3.1 OBLIGATIONS** The Contractor and Subcontractor are hereby mutually bound by the terms of this Subcontract. To the extent the terms of the prime contract between the Owner and Contractor apply to the work of the Subcontractor, then the Contractor hereby assumes toward the Subcontractor all the obligations, rights, duties, and redress that the Owner under the prime contract assumes toward the Contractor. In an identical way, the Subcontractor hereby assumes toward the Contractor all the same obligations, rights, duties, and redress that the Contractor assumes toward the Owner and Architect under the prime contract. In the event of an inconsistency among the documents, the specific terms of this Subcontract shall govern.

**3.2 RESPONSIBILITIES** The Subcontractor agrees to furnish its best skill and judgment in the performance of the Subcontract Work and to cooperate with the Contractor so that the Contractor may fulfill its obligations to the Owner. The Subcontractor shall furnish all of the labor, materials, equipment, and services, including but not limited to, competent supervision, shop drawings, samples, tools, and scaffolding as are necessary for the proper performance of the Subcontract Work. The Subcontractor shall provide the Contractor a list of its proposed subcontractors and suppliers, and be responsible for taking field dimensions, providing tests, obtaining required permits related to the Subcontract Work and affidavits, ordering of materials and all other actions as required to meet the Progress Schedule.

**3.3 INCONSISTENCIES AND OMISSIONS** The Subcontractor shall make a careful analysis and comparison of the drawings, specifications, other Subcontract Documents and information furnished by the Owner relative to the Subcontract Work. Such analysis and comparison shall be solely for the purpose of facilitating the Subcontract Work and not for the discovery of errors, inconsistencies or omissions in the Subcontract Documents nor for ascertaining if the Subcontract Documents are in accordance with applicable laws, statutes, ordinances, building codes, rules or regulations. Should the Subcontractor discover any errors, inconsistencies or omissions in the Subcontract Documents, the Subcontractor shall report such discoveries to the Contractor in writing within three (3) days. Upon receipt of notice, the Con-

**AGC DOCUMENT NO. 655** • STANDARD FORM OF AGREEMENT BETWEEN CONTRACTOR AND SUBCONTRACTOR
(Where the Contractor and Subcontractor Share the Risk of Owner Payment)
© 1998, The Associated General Contractors of America

**3.14.6** The Subcontractor is required to designate an individual at the site in the employ of the Subcontractor who shall act as the Subcontractor's designated safety representative with a duty to prevent accidents. Unless otherwise identified by the Subcontractor in writing to the Contractor, the designated safety representative shall be the Subcontractor's project superintendent.

**3.14.7** The Subcontractor has an affirmative duty not to overload the structures or conditions at the site and shall take reasonable steps not to load any part of the structures or site so as to give rise to an unsafe condition or create an unreasonable risk of bodily injury or property damage. The Subcontractor shall have the right to request, in writing, from the Contractor loading information concerning the structures at the site.

**3.14.8** The Subcontractor shall give prompt written notice to the Contractor of any accident involving bodily injury requiring a physician's care, any property damage exceeding Five Hundred Dollars ($500.00) in value, or any failure that could have resulted in serious bodily injury, whether or not such an injury was sustained.

**3.14.9** Prevention of accidents at the site is the responsibility of the Contractor, Subcontractor, and all other subcontractors, persons and entities at the site. Establishment of a safety program by the Contractor should not relieve the Subcontractor or other parties of their safety responsibilities. The Subcontractor shall establish its own safety program implementing safety measures, policies and standards conforming to those required or recommended by governmental and quasi-governmental authorities having jurisdiction and by the Contractor and Owner, including, but not limited to, requirements imposed by the Subcontract Documents. The Subcontractor shall comply with the reasonable recommendations of insurance companies having an interest in the Project, and shall stop any part of the Subcontract Work which the Contractor deems unsafe until corrective measures satisfactory to the Contractor shall have been taken. The Contractor's failure to stop the Subcontractor's unsafe practices shall not relieve the Subcontractor of the responsibility therefor. The Subcontractor shall notify the Contractor immediately following an accident and promptly confirm the notice in writing. A detailed written report shall be furnished if requested by the Contractor. Each party to this Agreement shall indemnify the other party from and against fines or penalties imposed as a result of safety violations, but only to the extent that such fines or penalties are caused by its failure to comply with applicable safety requirements.

**3.15    PROTECTION OF THE WORK** The Subcontractor shall take necessary precautions to properly protect the Subcontract Work and the work of others from damage caused by the Subcontractor's operations. Should the Subcontractor cause damage to the Work or property of the Owner, the

Contractor or others, the Subcontractor shall promptly remedy such damage to the satisfaction of the Contractor, or the Contractor may remedy the damage and deduct its cost from any amounts due or to become due the Subcontractor, unless such costs are recovered under applicable property insurance.

**3.16    PERMITS, FEES, LICENSES AND TAXES** The Subcontractor shall give timely notices to authorities pertaining to the Subcontract Work, and shall be responsible for all permits, fees, licenses, assessments, inspections, testing and taxes necessary to complete the Subcontract Work in accordance with the Subcontract Documents. To the extent reimbursement is obtained by the Contractor from the Owner under the Owner-Contractor agreement, the Subcontractor shall be compensated for additional costs resulting from taxes enacted after the date of this Agreement.

**3.17    ASSIGNMENT OF SUBCONTRACT WORK** The Subcontractor shall not assign the whole nor any part of the Subcontract Work without prior written approval of the Contractor.

**3.18    HAZARDOUS MATERIALS** To the extent that the Contractor has rights or obligations under the Owner-Contractor agreement or by law regarding hazardous materials as defined by the Subcontract Document within the scope of the Subcontract Work, the Subcontractor shall have the same rights or obligations.

**3.19    MATERIAL SAFETY DATA (MSD) SHEETS** The Subcontractor shall submit to the Contractor all Material Safety Data Sheets required by law for materials or substances necessary for the performance of the Subcontract Work. MSD sheets obtained by the Contractor from other subcontractors or sources shall be made available to the Subcontractor by the Contractor.

**3.20    LAYOUT RESPONSIBILITY AND LEVELS** The Contractor shall establish principal axis lines of the building and site, and benchmarks. The Subcontractor shall lay out and be strictly responsible for the accuracy of the Subcontract Work and for any loss or damage to the Contractor or others by reason of the Subcontractor's failure to lay out or perform Subcontract Work correctly. The Subcontractor shall exercise prudence so that the actual final conditions and details shall result in alignment of finish surfaces.

**3.21    WARRANTIES** The Subcontractor warrants that all materials and equipment furnished under this Agreement shall be new, unless otherwise specified, of good quality, in conformance with the Subcontract Documents, and free from defective workmanship and materials. Warranties shall commence on the date of Substantial Completion of the Work or a designated portion.

**AGC DOCUMENT NO. 655 •** STANDARD FORM OF AGREEMENT BETWEEN CONTRACTOR AND SUBCONTRACTOR
(Where the Contractor and Subcontractor Share the Risk of Owner Payment)
© 1998, The Associated General Contractors of America

### 3.22 UNCOVERING/CORRECTION OF SUBCONTRACT WORK

#### 3.22.1 UNCOVERING OF SUBCONTRACT WORK

**3.22.1.1** If required in writing by the Contractor, the Subcontractor must uncover any portion of the Subcontract Work which has been covered by the Subcontractor in violation of the Subcontract Documents or contrary to a directive issued to the Subcontractor by the Contractor. Upon receipt of a written directive from the Contractor, the Subcontractor shall uncover such work for the Contractor's or Owner's inspection and restore the uncovered Subcontract Work to its original condition at the Subcontractor's time and expense.

**3.22.1.2** The Contractor may direct the Subcontractor to uncover portions of the Subcontract Work for inspection by the Owner or Contractor at any time. The Subcontractor is required to uncover such work whether or not the Contractor or Owner had requested to inspect the Subcontract Work prior to it being covered. Except as provided in Clause 3.22.1.1, this Agreement shall be adjusted by change order for the cost and time of uncovering and restoring any work which is uncovered for inspection and proves to be installed in accordance with the Subcontract Documents, provided the Contractor had not previously instructed the Subcontractor to leave the work uncovered. If the Subcontractor uncovers work pursuant to a directive issued by the Contractor, and such work upon inspection does not comply with the Subcontract Documents, the Subcontractor shall be responsible for all costs and time of uncovering, correcting and restoring the work so as to make it conform to the Subcontract Documents. If the Contractor or some other entity for which the Subcontractor is not responsible caused the nonconforming condition, the Contractor shall be required to adjust this Agreement by change order for all such costs and time.

#### 3.22.2 CORRECTION OF WORK

**3.22.2.1** If the Architect or Contractor rejects the Subcontract Work or the Subcontract Work is not in conformance with the Subcontract Documents, the Subcontractor shall promptly correct the Subcontract Work whether it had been fabricated, installed or completed. The Subcontractor shall be responsible for the costs of correcting such Subcontract Work, any additional testing, inspections, and compensation for services and expenses of the Architect and Contractor made necessary by the defective Subcontract Work.

**3.22.2.2** In addition to the Subcontractor's obligations under Paragraph 3.21, the Subcontractor agrees to promptly correct, after receipt of a written notice from the Contractor, all Subcontract Work performed under this Agreement which proves to be defective in workmanship or materials within a period of one year from the date of Substantial Completion of the Subcontract Work or for a longer period of time as may be required by specific warranties in the Subcontract Documents. Substantial Completion of the Subcontract Work, or of a designated portion, occurs on the date when construction is sufficiently complete in accordance with the Subcontract Documents so that the Owner can occupy or utilize the Project, or a designated portion, for the use of which it is intended. If, during the one-year period, the Contractor fails to provide the Subcontractor with prompt written notice of the discovery of defective or nonconforming Subcontract Work, the Contractor shall neither have the right to require the Subcontractor to correct such Subcontract Work nor the right to make claim for breach of warranty. If the Subcontractor fails to correct defective or nonconforming Subcontract Work within a reasonable time after receipt of notice from the Contractor, the Contractor may correct such Subcontract Work pursuant to Subparagraph 10.1.1.

**3.22.3** The Subcontractor's correction of Subcontract Work pursuant to this Paragraph 3.22 shall not exceed the one-year period for the correction of Subcontract Work, but if Subcontract Work is first performed after Substantial Completion, the one-year period for corrections shall be extended by the time period after Substantial Completion and the performance of that portion of Subcontract Work. The Subcontractor's obligation to correct Subcontract Work within one year as described in this Paragraph 3.22 does not limit the enforcement of Subcontractor's other obligations with regard to the Agreement and the Subcontract Documents.

**3.22.4** If the Subcontractor's correction or removal of Subcontract Work destroys or damages completed or partially completed work of the Owner, the Contractor or any separate contractors, the Subcontractor shall be responsible for the cost of correcting such destroyed or damaged construction.

**3.22.5** If portions of Subcontract Work which do not conform with the requirements of the Subcontract Documents are neither corrected by the Subcontractor nor accepted by the Contractor, the Subcontractor shall remove such Subcontract Work from the Project site if so directed by the Contractor.

### 3.23 MATERIALS OR EQUIPMENT FURNISHED BY OTHERS
In the event the scope of the Subcontract Work includes installation of materials or equipment furnished by others, it shall be the responsibility of the Subcontractor to exercise proper care in receiving, handling, storing and installing such items, unless otherwise provided in the Subcontract Documents. The Subcontractor shall examine the items provided and report to the Contractor in writing any items it may discover that do not conform to requirements of the Subcontract Documents. The Subcontractor shall not proceed to install nonconforming items without further

**AGC DOCUMENT NO. 655** • STANDARD FORM OF AGREEMENT BETWEEN CONTRACTOR AND SUBCONTRACTOR
(Where the Contractor and Subcontractor Share the Risk of Owner Payment)
© 1998, The Associated General Contractors of America

**3.32    LABOR RELATIONS** (Insert here any conditions, obligations or requirements relative to labor relations and their effect on the project. Legal counsel is recommended.) ◆

See Exhibit #7-Prevailing Wage Schedule

## ARTICLE 4

### CONTRACTOR'S RESPONSIBILITIES

**4.1    CONTRACTOR'S REPRESENTATIVE** The Contractor shall designate a person who shall be the Contractor's authorized representative. The Contractor's representative shall be the only person the Subcontractor shall look to for instructions, orders and/or directions, except in an emergency. The Contractor's representative is _____  ◆
_____Joseph M. Tomei_____ . ◆

**4.2    PAYMENT BOND REVIEW** The Contractor ❑ has ◆ ❑ has not provided the Owner a payment bond. The Contractor's payment bond for the Project, if any, shall be made available by the Contractor for review and copying by the Subcontractor.

**4.3    OWNER'S ABILITY TO PAY**

**4.3.1**    The Subcontractor shall have the right upon request to receive from the Contractor such information as the Contractor has obtained relative to the Owner's financial ability to pay for the Work, including any subsequent material variation in such information. The Contractor, however, does not warrant the accuracy or completeness of the information provided by the Owner.

**4.3.2**    If the Subcontractor does not receive the information referenced in Subparagraph 4.3.1 with regard to the Owner's ability to pay for the Work as required by the Contract Documents, the Subcontractor may request the information from the Owner and/or the Owner's lender.

**4.4    CONTRACTOR APPLICATION FOR PAYMENT** Upon request, the Contractor shall give the Subcontractor a copy of the most current Contractor application for payment reflecting the amounts approved and/or paid by the Owner for the Subcontract Work performed to date.

**4.5    INFORMATION OR SERVICES** The Subcontractor is entitled to request through the Contractor any information or services relevant to the performance of the Subcontract Work which is under the Owner's control. To the extent the Contractor receives such information and services, the Contractor shall provide them to the Subcontractor. The Con-

tractor, however, does not warrant the accuracy or completeness of the information provided by the Owner.

**4.6    STORAGE AREAS** The Contractor shall allocate adequate storage areas, if available, for the Subcontractor's materials and equipment during the course of the Subcontract Work. Unless otherwise agreed upon, the Contractor shall reimburse the Subcontractor for the additional costs of having to relocate such storage areas at the direction of the Contractor.

**4.7    TIMELY COMMUNICATIONS** The Contractor shall transmit to the Subcontractor, with reasonable promptness, all submittals, transmittals, and written approvals relative to the Subcontract Work. Unless otherwise specified in the Subcontract Documents, communications by and with the Subcontractor's subcontractors, materialmen and suppliers shall be through the Subcontractor.

**4.8    USE OF SUBCONTRACTOR'S EQUIPMENT** The Contractor, its agents, employees or suppliers shall use the Subcontractor's equipment only with the express written permission of the Subcontractor's designated representative and in accordance with the Subcontractor's terms and conditions for such use. If the Contractor or any of its agents, employees or suppliers utilize any of the Subcontractor's equipment, including machinery, tools, scaffolding, hoists, lifts or similar items owned, leased or under the control of the Subcontractor, the Contractor shall defend, indemnify and be liable to the Subcontractor as provided in Article 9 for any loss or damage (including bodily injury or death) which may arise from such use, except to the extent that such loss or damage is caused by the negligence of the Subcontractor's employees operating the Subcontractor's equipment.

## ARTICLE 5

### PROGRESS SCHEDULE

**5.1    TIME IS OF THE ESSENCE** Time is of the essence for both parties. They mutually agree to see to the performance of their respective obligations so that the entire Project may be completed in accordance with the Subcontract Documents and particularly the Progress Schedule as set forth in Exhibit ___3___. ◆

**5.2    SCHEDULE OBLIGATIONS** The Subcontractor shall provide the Contractor with any scheduling information proposed by the Subcontractor for the Subcontract Work. In consultation with the Subcontractor, the Contractor shall prepare the schedule for performance of the Work (the Progress Schedule) and shall revise and update such schedule, as necessary, as the Work progresses. Both the Contractor and the Subcontractor shall be bound by the Progress Schedule. The Progress Schedule and all subsequent changes and additional details shall be submitted to the Subcontrac-

9

(c) time and material rates and prices in accordance with the attached Schedule of Labor and Material Costs which is incorporated by reference and identified as Exhibit _As approved by owner._

The fixed-price, unit prices and/or time and material rates and prices are referred to as the Subcontract Amount.

## ARTICLE 7

### CHANGES IN THE SUBCONTRACT WORK

**7.1    SUBCONTRACT CHANGE ORDERS** When the Contractor orders in writing, the Subcontractor, without nullifying this Agreement, shall make any and all changes in the Subcontract Work which are within the general scope of this Agreement. Any adjustment in the Subcontract Amount or Subcontract Time shall be authorized by a Subcontract Change Order. No adjustments shall be made for any changes performed by the Subcontractor that have not been ordered by the Contractor. A Subcontract Change Order is a written instrument prepared by the Contractor and signed by the Subcontractor stating their agreement upon the change in the Subcontract Work.

**7.2    CONSTRUCTION CHANGE DIRECTIVES** To the extent that the Subcontract Documents provide for Construction Change Directives in the absence of agreement on the terms of a Subcontract Change Order, the Subcontractor shall promptly comply with the Construction Change Directive and be entitled to apply for interim payment if the Subcontract Documents so provide.

**7.3    UNKNOWN CONDITIONS** If in the performance of the Subcontract Work the Subcontractor finds latent, concealed or subsurface physical conditions which differ materially from those indicated in the Subparagraph Documents or unknown physical conditions of an unusual nature, which differ materially from those ordinarily found to exist, and not generally recognized as inherent in the kind of work provided for in this Agreement, the Subcontract Amount and/or the Progress Schedule shall be equitably adjusted by a Subcontract Change Order within a reasonable time after the conditions are first observed. The adjustment which the Subcontractor may receive shall be limited to the adjustment the Contractor receives from the Owner on behalf of the Subcontractor, or as otherwise provided under Subparagraph 5.3.2.

**7.4    ADJUSTMENTS IN SUBCONTRACT AMOUNT** If a Subcontract Change Order requires an adjustment in the Subcontract Amount, the adjustment shall be established by one of the following methods:

.1    mutual acceptance of an itemized lump sum;

.2    unit prices as indicated in the Subcontract Documents or as subsequently agreed to by the parties; or

.3    costs determined in a manner acceptable to the parties and a mutually acceptable fixed or percentage fee; or

.4    another method provided in the Subcontract Documents.

**7.5    SUBSTANTIATION OF ADJUSTMENT** If the Subcontractor does not respond promptly or disputes the method of adjustment, the method and the adjustment shall be determined by the Contractor on the basis of reasonable expenditures and savings of those performing the Work attributable to the change, including, in the case of an increase in the Subcontract Amount, an allowance for overhead and profit of the percentage provided in Paragraph 7.6. The Subcontractor may contest the reasonableness of any adjustment determined by the Contractor. The Subcontractor shall maintain for the Contractor's review and approval an appropriately itemized and substantiated accounting of the following items attributable to the Subcontract Change Order:

.1    labor costs, including Social Security, health, welfare, retirement and other fringe benefits as normally required, and state workers' compensation insurance;

.2    costs of materials, supplies and equipment, whether incorporated in the Subcontract Work or consumed, including transportation costs;

.3    costs of renting machinery and equipment other than hand tools;

.4    costs of bond and insurance premiums, permit fees and taxes attributable to the change; and

.5    costs of additional supervision and field office personnel services necessitated by the change.

**7.6**    Adjustments shall be based on net change in Subcontractor's reasonable cost of performing the changed Subcontract Work plus, in case of a net increase in cost, an agreed upon sum for overhead and profit not to exceed ___*___ percent ( ___*___ %).
*  Per General Conditions

**7.7    NO OBLIGATION TO PERFORM** The Subcontractor shall not perform changes in the Subcontract Work until a Subcontract Change Order has been executed or written instructions have been issued in accordance with Paragraphs 7.2 and 7.9.

11

whole or in part, as may reasonably be necessary to protect the Contractor from loss or damage based upon:

.1 the Subcontractor's repeated failure to perform the Subcontract Work as required by this Agreement;

.2 loss or damage arising out of or relating to this Agreement and caused by the Subcontractor to the Owner, Contractor or others to whom the Contractor may be liable;

.3 the Subcontractor's failure to properly pay for labor, materials, equipment or supplies furnished in connection with the Subcontract Work;

.4 rejected, nonconforming or defective Subcontract Work which has not been corrected in a timely fashion;

.5 reasonable evidence of delay in performance of the Subcontract Work such that the Work will not be completed within the Subcontract Time, and that the unpaid balance of the Subcontract Amount is not sufficient to offset the liquidated damages or actual damages that may be sustained by the Contractor as a result of the anticipated delay caused by the Subcontractor;

.6 reasonable evidence demonstrating that the unpaid balance of the Subcontract Amount is insufficient to cover the cost to complete the Subcontract Work;

.7 third party claims involving the Subcontractor or reasonable evidence demonstrating that third party claims are likely to be filed unless and until the Subcontractor furnishes the Contractor with adequate security in the form of a surety bond, letter of credit or other collateral or commitment which are sufficient to discharge such claims if established.

The Contractor shall give written notice to the Subcontractor, at the time of disapproving or nullifying an application for payment stating its specific reasons for such disapproval or nullification. When the above reasons for disapproving or nullifying an application for payment are removed, payment will be made for amounts previously withheld.

## 8.3 FINAL PAYMENT

**8.3.1 APPLICATION** Upon acceptance of the Subcontract Work by the Owner and the Contractor and receipt from the Subcontractor of evidence of fulfillment of the Subcontractor's obligations in accordance with the Subcontract Documents and Subparagraph 8.3.2, the Contractor shall incorporate the Subcontractor's application for final payment into the Contractor's next application for payment to the Owner without delay, or notify the Subcontractor if there is a delay and the reasons therefor.

**8.3.2 REQUIREMENTS** Before the Contractor shall be required to incorporate the Subcontractor's application for final payment into the Contractor's next application for payment, the Subcontractor shall submit to the Contractor:

.1 an affidavit that all payrolls, bills for materials and equipment, and other indebtedness connected with the Subcontract Work for which the Owner or its property or the Contractor or the Contractor's surety might in any way be liable, have been paid or otherwise satisfied;

.2 consent of surety to final payment, if required;

.3 satisfaction of required closeout procedures;

.4 certification that insurance required by the Subcontract Documents to remain in effect beyond final payment pursuant to Clauses 9.2.3.1 and 9.2.6 is in effect and will not be cancelled or allowed to expire without at least thirty (30) days' written notice to the Contractor unless a longer period is stipulated in this Agreement;

.5 other data, if required by the Contractor or Owner, such as receipts, releases, and waivers of liens to the extent and in such form as may be designated by the Contractor or Owner;

.6 written warranties, equipment manuals, startup and testing required in Paragraph 3.28; and

.7 as-built drawings if required by the Subcontract Documents.

**8.3.3 TIME OF PAYMENT** Receipt of final payment by the Contractor from the Owner for the Subcontract Work is a condition precedent to payment by the Contractor to the Subcontractor. The Subcontractor hereby acknowledges that it relies on the credit of the Owner, not the Contractor for payment of Subcontract Work. Final payment of the balance due of the Contract Price shall be made to the Subcontractor.

.1 upon receipt of the Owner's waiver of all claims related to the Subcontract Work except for unsettled liens, unknown defective work, and noncompliance with the Subcontract Documents or warranties; and

**AGC DOCUMENT NO. 655** • STANDARD FORM OF AGREEMENT BETWEEN CONTRACTOR AND SUBCONTRACTOR
(Where the Contractor and Subcontractor Share the Risk of Owner Payment)
© 1998, The Associated General Contractors of America



**8.10 SUBCONTRACTOR ASSIGNMENT OF PAYMENTS** The Subcontractor shall not assign any moneys due or to become due under this Agreement, without the written consent of the Contractor, unless the assignment is intended to create a new security interest within the scope of Article 9 of the Uniform Commercial Code. Should the Subcontractor assign all or any part of any moneys due or to become due under this Agreement to create a new security interest or for any other purpose, the instrument of assignment shall contain a clause to the effect that the assignee's right in and to any money due or to become due to the Subcontractor shall be subject to the claims of all persons, firms and corporations for services rendered or materials supplied for the performance of the Subcontract Work.

**8.11 PAYMENT NOT ACCEPTANCE** Payment to the Subcontractor does not constitute or imply acceptance of any portion of the Subcontract Work.

## ARTICLE 9

### INDEMNITY, INSURANCE AND WAIVER OF SUBROGATION

**9.1 INDEMNITY**

**9.1.1 INDEMNITY** To the fullest extent permitted by law, the Subcontractor shall defend, indemnify and hold harmless the Contractor, the Contractor's other subcontractors, the Architect/Engineer, the Owner and their agents, consultants and employees (the Indemnitees) from all claims for bodily injury and property damage that may arise from the performance of the Subcontract Work to the extent of the negligence attributed to such acts or omissions by the Subcontractor, the Subcontractor's subcontractors or anyone employed directly or indirectly by any of them or by anyone for whose acts any of them may be liable.

**9.1.2 NO LIMITATION ON LIABILITY** In any and all claims against the Indemnitees by any employee of the Subcontractor, anyone directly or indirectly employed by the Subcontractor or anyone for whose acts the Subcontractor may be liable, the indemnification obligation shall not be limited in any way by any limitation on the amount or type of damages, compensation or benefits payable by or for the Subcontractor under workers' compensation acts, disability benefit acts or other employee benefit acts.

**9.2 INSURANCE**

**9.2.1 SUBCONTRACTOR'S INSURANCE** Before commencing the Subcontract Work, and as a condition of payment, the Subcontractor shall purchase and maintain insurance that will protect it from the claims arising out of its operations under this Agreement, whether the operations are by the Subcontractor, or any of its consultants or subcontractors or anyone directly or indirectly employed by any of them, or by anyone for whose acts any of them may be liable.

**9.2.2 MINIMUM LIMITS OF LIABILITY** The Subcontractor shall maintain at least the limits of liability in a company satisfactory to the Contractor as set forth in Exhibit _6_. ◆

~~**9.2.3 PROFESSIONAL LIABILITY INSURANCE**~~

**9.2.3.1 PROFESSIONAL LIABILITY INSURANCE** The Subcontractor shall require the Designer(s) to maintain Project Specific Professional Liability Insurance with a company satisfactory to the Contractor, including contractual liability insurance against the liability assumed in Paragraph 3.8, and including coverage for any professional liability caused by any of the Designer's(s') consultants. Said insurance shall have specific minimum limits as set forth below:

Limit of $ _____ per claim. ◆

General Aggregate of $ _____ for the subcontract services rendered. ◆

The Professional Liability Insurance shall contain prior acts coverage sufficient to cover all subcontract services rendered by the Designer. Said insurance shall be continued in effect with an extended period of _____ years ◆ following final payment to the Designer.

Such insurance shall have a maximum deductible amount of $ _____ per ◆ occurrence. The deductible shall be paid by the Subcontractor or Designer.

**9.2.3.2** The Subcontractor shall require the Designer to furnish to the Subcontractor and Contractor, before the Designer commences its services, a copy of its professional liability policy evidencing the coverages required in this Paragraph. No policy shall be cancelled or modified without thirty (30) days' prior written notice to the Subcontractor and Contractor.

**9.2.4 NUMBER OF POLICIES** Commercial General Liability Insurance and other liability insurance may be arranged under a single policy for the full limits required or by a combination of underlying policies with the balance provided by an Excess or Umbrella Liability Policy.

**9.2.5 CANCELLATION, RENEWAL AND MODIFICATION** The Subcontractor shall maintain in effect all insurance coverages required under this Agreement at the Subcontractor's sole expense and with insurance companies acceptable to the Contractor. The policies shall contain a provision that coverage will not be cancelled or not

**AGC DOCUMENT NO. 655** • STANDARD FORM OF AGREEMENT BETWEEN CONTRACTOR AND SUBCONTRACTOR
(Where the Contractor and Subcontractor Share the Risk of Owner Payment)
© 1998, The Associated General Contractors of America

**10.1.2 TERMINATION BY CONTRACTOR** If the Subcontractor fails to commence and satisfactorily continue correction of a default within three (3) days after written notification issued under Subparagraph 10.1.1, then the Contractor may, in lieu of or in addition to Subparagraph 10.1.1, issue a second written notification, to the Subcontractor and its surety, if any. Such notice shall state that if the Subcontractor fails to commence and continue correction of a default within seven (7) days of the written notification, the Agreement will be deemed terminated. A written notice of termination shall be issued by the Contractor to the Subcontractor at the time the Subcontractor is terminated. The Contractor may furnish those materials, equipment and/or employ such workers or subcontractors as the Contractor deems necessary to maintain the orderly progress of the Work. All costs incurred by the Contractor in performing the Subcontract Work, including reasonable overhead, profit and attorneys' fees, costs and expenses, shall be deducted from any moneys due or to become due the Subcontractor. The Subcontractor shall be liable for the payment of any amount by which such expense may exceed the unpaid balance of the Subcontract Amount. At the Subcontractor's request, the Contractor shall provide a detailed accounting of the costs to finish the Subcontract Work.

**10.1.3 USE OF SUBCONTRACTOR'S EQUIPMENT** If the Contractor performs work under this Article, either directly or through other subcontractors, the Contractor or other subcontractors shall have the right to take and use any materials, implements, equipment, appliances or tools furnished by, or belonging to the Subcontractor and located at the Project site for the purpose of completing any remaining Subcontract Work. Immediately upon completion of the Subcontract Work, any remaining materials, implements, equipment, appliances or tools not consumed or incorporated in performance of the Subcontract Work, and furnished by, belonging to, or delivered to the Project by or on behalf of the Subcontractor, shall be returned to the Subcontractor in substantially the same condition as when they were taken, normal wear and tear excepted.

**10.2 BANKRUPTCY**

**10.2.1 TERMINATION ABSENT CURE** If the Subcontractor files a petition under the Bankruptcy Code, this Agreement shall terminate if the Subcontractor or the Subcontractor's trustee rejects the Agreement or, if there has been a default, the Subcontractor is unable to give adequate assurance that the Subcontractor will perform as required by this Agreement or otherwise is unable to comply with the requirements for assuming this Agreement under the applicable provisions of the Bankruptcy Code.

**10.2.2 INTERIM REMEDIES** If the Subcontractor is not performing in accordance with the Progress Schedule at the time a petition in bankruptcy is filed, or at any subsequent

time, the Contractor, while awaiting the decision of the Subcontractor or its trustee to reject or to assume this Agreement and provide adequate assurance of its liability to perform, may avail itself of such remedies under this Article as are reasonably necessary to maintain the Progress Schedule. The Contractor may offset against any sums due or to become due the Subcontractor all costs incurred in pursuing any of the remedies provided including, but not limited to, reasonable overhead, profit and attorneys' fees. The Subcontractor shall be liable for the payment of any amount by which costs incurred may exceed the unpaid balance of the Subcontract Price.

**10.3 SUSPENSION BY OWNER** Should the Owner suspend the Work or any part which includes the Subcontract Work and such suspension is not due to any act or omission of the Contractor, or any other person or entity for whose acts or omissions the Contractor may be liable, the Contractor shall notify the Subcontractor in writing and upon receiving notification the Subcontractor shall immediately suspend the Subcontract Work. In the event of Owner suspension, the Contractor's liability to the Subcontractor shall be limited to the extent of the Contractor's recovery on the Subcontractor's behalf under the Subcontract Documents. The Contractor agrees to cooperate with the Subcontractor, at the Subcontractor's expense, in the prosecution of any Subcontractor claim arising out of an Owner suspension and to permit the Subcontractor to prosecute the claim, in the name of the Contractor, for the use and benefit of the Subcontractor.

**10.4 TERMINATION BY OWNER** Should the Owner terminate its contract with the Contractor or any part which includes the Subcontract Work, the Contractor shall notify the Subcontractor in writing within three (3) days of the termination and upon written notification, this Agreement shall be terminated and the Subcontractor shall immediately stop the Subcontract Work, follow all of Contractor's instructions, and mitigate all costs. In the event of Owner termination, the Contractor's liability to the Subcontractor shall be limited to the extent of the Contractor's recovery on the Subcontractor's behalf under the Subcontract Documents. The Contractor agrees to cooperate with the Subcontractor, at the Subcontractor's expense, in the prosecution of any Subcontractor claim arising out of the Owner termination and to permit the Subcontractor to prosecute the claim, in the name of the Contractor, for the use and benefit of the Subcontractor, or assign the claim to the Subcontractor.

**10.5 CONTINGENT ASSIGNMENT OF THIS AGREEMENT** The Contractor's contingent assignment of this Agreement to the Owner, as provided in the Owner-Contractor agreement, is effective when the Owner has terminated the Owner-Contractor agreement for cause and has accepted the assignment by notifying the Subcontractor in writing. This contingent assignment is subject to the prior

**AGC DOCUMENT NO. 655** • STANDARD FORM OF AGREEMENT BETWEEN CONTRACTOR AND SUBCONTRACTOR
(Where the Contractor and Subcontractor Share the Risk of Owner Payment)
© 1998, The Associated General Contractors of America

the Subcontractor, resolution of disputes between the Subcontractor and the Contractor involving in whole or in part disputes between the Contractor and the Owner shall be stayed pending conclusion of any dispute resolution proceeding between the Contractor and the Owner. At the conclusion of those proceedings, disputes between the Subcontractor and the Contractor shall be submitted again to mediation pursuant to Paragraph 11.1. Any disputes not resolved by mediation shall be decided in the manner selected in the agreement between the Owner and the Contractor.

**11.6    COST OF DISPUTE RESOLUTION** The cost of any mediation proceeding shall be shared equally by the parties participating. The prevailing party in any dispute arising out of or relating to this Agreement or its breach that is resolved by a dispute resolution procedure designated in the Subcontract Documents shall be entitled to recover from the other party reasonable attorneys' fees, costs and expenses incurred by the prevailing party in connection with such dispute resolution process.

**ARTICLE 12**

**MISCELLANEOUS PROVISIONS**

**12.1    GOVERNING LAW** This Agreement shall be governed by the law in effect at the location of the Project.

**12.2    SEVERABILITY** The partial or complete invalidity of any one or more provisions of this Agreement shall not affect the validity or continuing force and effect of any other provision.

**12.3    NO WAIVER OR PERFORMANCE** The failure of either party to insist, in any one or more instances, upon the performance of any of the terms, covenants or conditions of this Agreement, or to exercise any of its rights, shall not be construed as a waiver or relinquishment of term, covenant, condition or right with respect to further performance.

**12.4    TITLES** The titles given to the Articles of this Agreement are for ease of reference only and shall not be relied upon or cited for any other purpose.

**12.5    OTHER PROVISIONS AND DOCUMENTS** Other provisions and documents applicable to the Subcontract Work are set forth in Exhibit ɪs 1 through 7

**12.6    JOINT DRAFTING** The parties expressly agree that this Agreement was jointly drafted, and that they both had opportunity to negotiate its terms and to obtain the assistance of counsel in reviewing its terms prior to execution. Therefore, this Agreement shall be construed neither against nor in favor of either party, but shall be construed in a neutral manner.

**AGC DOCUMENT NO. 655** • STANDARD FORM OF AGREEMENT BETWEEN CONTRACTOR AND SUBCONTRACTOR
(Where the Contractor and Subcontractor Share the Risk of Owner Payment)
© 1998, The Associated General Contractors of America

## CALCEDO CONSTRUCTION CORPORATION
## CITY COLLEGE OF NEW YORK
## SCHOOL OF ARCHITECTURE

### EXHIBIT #1

Provide all labor and material to perform roofing, and roofing related items per Raphael Vinoly plans and specifications.

To include but not limited to:

1. Roof Types 1,2 3.
2. Insulation.
3. Dens Deck cover board/sheathing.
4. Pavers PV-1, PV-2, PV-3.
5. MP-1 Metal Work.
6. Related flashing and sheetmetal.
7. Roof Accessories
8. Warranty
9. ~~Union Labor~~ ———— PREVAILING WAGE
10. Provide Payment & Performance Bond.
    (Payment & Performance bond to be provided at time signed contract is returned to our office).
    (Amount of bond not in contract. To be paid upon receipt of invoice from bonding company).

Not included is the temporary roof/vapor barrier. If this is required add the sum of $38,000.00.

9/25/06

**CALCEDO CONSTRUCTION CORPORATION**
**CITY COLLEGE OF NEW YORK**
**SCHOOL OF ARCHITECTURE**

**<u>EXHIBIT #2</u>**

**Contract documents to include:**

General Conditions
General Requirements
Supplemental General Requirements

Specification Sections:

07210, 07552, 07600, 07610, 07720

Drawings:

All architectural, structural, MEP.

**CALCEDO CONSTRUCTION CORPORATION**
**CITY COLLEGE OF NEW YORK**
**SCHOOL OF ARCHITECTURE**

**EXHIBIT #3**

Progress Schedule As Developed by Liro Group

# CALCEDO CONSTRUCTION CORPORATION
## CITY COLLEGE OF NEW YORK
## SCHOOL OF ARCHITECTURE

## **EXHIBIT #4**

N/A

9/25/06

**CALCEDO CONSTRUCTION CORPORATION**
**CITY COLLEGE OF NEW YORK**
**SCHOOL OF ARCHITECTURE**

**EXHIBIT #5**

N/A

CALCEDO CONSTRUCTION CORPORATION
CITY COLLEGE OF NEW YORK
SCHOOL OF ARCHITECTURE

**EXHIBIT #6**

Insurance Provisions:

Addendum to AGC Contract Document No. 655
It is hereby agreed that Article 9.1.1 is amended to read:

9.1.1   To the fullest extent permitted by law, Subcontractor shall indemnify, hold harmless and defend Owner, Contractor, Architect, and Consultants, Agents and Employees of any of them from and against all claims, damages, losses and expenses including but not limited to attorneys' fees arising out of or in any way connected with the performance or lack of performance of this contract, provided any such claim, damage, loss or expense is: (a) attributable to bodily injury, sickness, disease or death, or (ii) physical injury to tangible property, including loss of use of that property, or loss of use of tangible property that is not physically injured; and (b) caused in whole or in part by any actual or alleged:

- Act or omission of the Subcontractor or anyone directly or indirectly retained or engaged by it or anyone for whose acts it may be liable pursuant to the performance or this contract, or
- Violation of any statutory duty or regulation or obligation arising out of the Subcontractor's performance or lack of performance of this contract or arising out of performance or lack or performance by anyone directly or indirectly retained or engaged by the Subcontractor or anyone for whose acts it may be liable pursuant to the performance of this contract.

Notwithstanding the foregoing, Subcontractor's obligation to indemnify Owner, Contractor, Architect, Architect's consultants, agents and employees of any of them for any judgment, settlement, mediation or arbitration award or settlement shall extend only to the percentage of negligence of Subcontractor or anyone directly or indirectly employed by it or anyone for whose acts it may be liable in connection to such claim, damage, loss and expense.

The indemnity obligation under this Article shall not be construed to negate, abridge or reduce any other right or obligation of indemnity that would otherwise exist as to any person or entity described in this Article.

**Exhibit #6 – Continued:**

It is hereby agreed that Article 9.1.2 is amended to read:

9.1.2   In any and all claims against Contractor, Owner, Architect, and Consultants, agents and employees or any of them, by any employee of Subcontractor, the indemnification obligation under this paragraph shall not be limited by any limitation of amount or type of damages, compensation or benefits payable by or for Subcontractor under workers' compensation acts, disability benefit acts or other employee benefit acts.  The indemnification obligation under this paragraph shall not be limited in any way by any limitation on the amount or type of insurance required to be provided by or for the benefit of the Contractor as enumerated in Article 13 of this contract.  In the event the Contractor is determined to be any percent negligent in any verdict or judgment, then, in addition to the foregoing, Subcontractor's obligation to indemnify Owner, Contractor, Architect, Consultants, Agents and employees of any of them for any payment, judgment, settlement, mediation or arbitration award shall extend to the percentage of negligence of Subcontractor or anyone directly or indirectly engaged or retained by it or anyone else for whose acts the subcontractor may be liable in connection to such claim, damage, loss and expense.

It is hereby agreed that Article 9.2.2 is amended to read:

9.2.2    The Subcontractor shall purchase and maintain insurance of the following types of coverage and limits of liability.

1) Commercial General Liability (CGL) coverage with limits of Insurance of not less than $2000,000 each occurrence and $2,000,000 Annual Aggregate.
    a) If the CGL coverage contains a General Aggregate Limit, such General  Aggregate shall apply separately to each project.
    b) CGL coverage shall be written on ISO Occurrence form CG 00 01 1093 or a substitute form providing equivalent coverage and shall cover liability arising from premises, operations, independent contractors, products-completed operations, and personal and advertising injury.
    c) Contractor, Owner and all other parties required of the Contractor, shall be included as insureds on the CGL, using ISO Additional Insured Endorsement CG 20 10 11 85 or an endorsement providing equivalent or broader coverage to the additional insureds. Coverage for the additional insureds shall apply as Primary and non-contributing Insurance before any other insurance or self-insurance, including any deductible, maintained by or provided to, the additional insureds.
    d) Subcontractor shall maintain CGL coverage for itself and all additional insureds for the duration of the project and maintain Completed Operations coverage for itself and each additional insured for at least 3 years after completion of the Work.

**Exhibit #6 – Continued:**

2) Automobile Liability
    a) Business Auto Liability with limits of at least $1,000,000 each accident.
    b) Business Auto coverage must include coverage for liability arising out of all owned, leased, hired and non-owned automobiles.
    c) General Contractor, Owner and all other parties required of the General Contractor, shall be included as insureds on the auto policy.

3) Commercial Umbrella
    a) Umbrella limits must be at least $2,000,000.
    b) Umbrella coverage must include as insureds all entities that are additional insureds on the CGL.
    c) Umbrella coverage for such additional insureds shall apply as primary before any other insurance or self-insurance, including any deductible, maintained by, or provided to, the additional insured other than the CGL, Auto Liability and Employers Liability coverage's maintained by the Subcontractor.

4) Workers Compensation and Employers Liability _____ STATUTORY LIMITS
    a) Employers Liability limits of a least $1,000,000 each accident for bodily injury by accident and $1,000,000 each employee for injury by disease.
    b) Where applicable, U.S. Longshore and Harborworkers Compensation Act Endorsement shall be attached to the policy.
    c) Where applicable, the Maritime Coverage Endorsement shall be attached to the policy.

It is hereby agreed that Article 9.2.8 is amended to read:

Waiver of Subrogation
Subcontractor waives all rights against Contractor, Owner and Architect and their agents, officers, directors and employees for recovery of damages to the extent these damages are covered by commercial general liability, commercial umbrella liability, business auto liability or workers compensation and employers liability insurance maintained per requirements stated above.

Article 9.2.9 is amended to include the following:

Attached to each certificate of insurance shall be a copy of the Additional Insured Endorsement that is part of the Subcontractor's Commercial General Liability Policy. These certificates and the insurance policies required by this Article 9.2.9 shall contain a provision that coverage afforded under the policies will not be canceled to allowed to expire until at least 30 days prior written notice has been given to the Contractor.

9/25/06

**CALCEDO CONSTRUCTION CORPORATION**
**CITY COLLEGE OF NEW YORK**
**SCHOOL OF ARCHITECTURE**

## EXHIBIT #6

# CALCEDO CONSTRUCTION CORPORATION

### SUBCONRACTOR SAFETY ORIENTATION

CITY COLLEGE/SCHOOL OF ARCHITECTURE

~~Jacobi Medical Center/Phase II Modernizations~~                **Dated:**

**Subcontractor:**

The above named subcontractor names _____ as the "Competent Person (s)" on this project. A competent person is one who has the experience and /or training to recognize potentially hazardous conditions and has the authority to correct them immediately.

**General Safety Requirements:**

**Personal Protective Equipment-**All workers on the job will utilize appropriate personal protective equipment (hard hats, eye/hearing/respiratory protection) as necessary, or as directed by Calcedo Construction Corporation.

**Clothing-**Proper work shoes, long pants and a shirt will be worn by all workers. Sneakers, short and bare chests will not be permitted on any project.

**Job Environment-**Workers will act in a professional manner and treat others with respect. NO HORSEPLAY WILL BE TOLERATED. Radio volume will be kept low so as not to interfere with or bother other workers.

**Fall Protection-**Any area where there is a 6 foot or more change in elevation will be safeguarded with a barricade, railing or wire rope. Any worker exposed to an unprotected fall of 6 foot or greater will wear a body harness connected to a secure anchorage point.

**Ladder Usage-**Step ladders will be used in the full open position at all times and workers will not stand on the top two rungs. Straight ladders will be secured in place before use. Straight ladders must extend at least 36 inches above the height of the upper landing. If a ladder is not appropriate for the job, stop and get a correct one.

---

**Scaffolds-**All scaffolding will be set up by and be inspected on a daily basis by the competent person. Work platforms will be fully planked and safety railings, including toe boards, will be used whenever the scaffold is 6 feet or higher.

**Electrical-**All live electrical boxes will be closed and locked unless an electrician is present. Ground fault circuit interrupters (GFCI) will be used on all extension cords, even if provided in the circuit breaker box. Extension cords will be inspected every day, and worn or frayed cords will be taken out of service immediately. Electricians will follow a LOCK OUT/TAG OUT program when handling love or potentially live circuits.

**General Site Maintenance-**Debris will not be allowed to accumulate. I f you make the mess, clean it up. If your work requires you to remove or drop any protection, replace it when you are finished. Don't wait for the G.C.'s laborers to clean up your debits or replace the protection.

**REMEMBER, SAFETY ON THE JOB IS EVERYBODY'S BUSINESS! THIS AND ALL JOBS OF CALCEDO CONSTRUCTION CORPORATTION ARE DECLARED DRUG AND ALCOHOL FREE. ANY VIOLATIONS WILL RESULT IN DISMISSAL!**

These safety requirements cover some of Calcedo Construction Corporation's Safety Program Requirements. They should be addressed with all workers immediately. Calcedo Construction Corporation expects complete compliance with all safety regulations as determined by the project management, and, or any outside consultants, agencies, etc.

My signature below indicates that I have read this safety orientation and received a copy of this sheet.

SUBCONTRACTOR BY: _____     Dated:
RAMESH SIAM

CALCEDO CONSTRUCTION CORPORATION: _____
Joseph C. Tomei President

## EXHIBIT #7

Other Provisions and Documents:

Addendum to AGC Contract Document No. 655
It is hereby agreed that Article 3.32 is amended to include the following:

3.32   All laborers on project should be paid as per Labor Law 220 – Prevailing Wage
Schedule.  As stated in contract between Contractor & Owner in Section 20.12 pages
44-48, attached specifications.

  A.  Submit all required shop drawings, material samples, equipment and as-builts, if
  required, and as specified in the submittal sections of the specifications for the
  owner's representative's approval.

  B.  Provide detailed layout of all work required by your items work, as to avoid
  conflicts between other items of work and building elements. Review drawings of
  all related items of work and bring and discrepancies and conflicts to the
  contractor' attention.

  C.  Furnish all supervision, equipment, scaffolding, tools, hoisting, filing for permits,
  local and over-road, etc. required to perform the item of work of this contract.

  D.  Every good faith effort must be made by this subcontractor to award lower tier
  subcontractors, and or vendors, who are certified MBW, WBE or LBE, those
  materials and or services normally subcontracted.

  E.  Submit weekly payroll reports, and any other reports required by the owner or
  their representatives.

  F.  Prepare and submit for approval a detailed payment breakdown.  The approved
  values of each work item will be used to determine the percentage of completed
  work for requisition period.

  G.  Protect adjacent item of work while performing your item of work, so as not to
  damage existing work or items previously installed.  Any damage shall be the
  responsibility of this subcontractor to repair.

  H.  Rubbish and debris resulting from this subcontractor's work will be placed by this
  subcontractor into rubbish containers, provided by others, at the end of each
  workday.  Debris from demolition procedures will be removed from site by the
  subcontractor.

  I.  All proposed subcontractors will be submitted to the owner for their approval,
  prior to the subcontractor beginning work on this project.

9/25/06

J.  Materials which are to be provided by others for the installation by this subcontractor shall be turned over to this subcontractor for his safekeeping and for incorporation into the work.

K.  Since this project is a prevailing wage project the owner is not obligated to hire union contractors. The only requirement is that all contractor employees are paid the prevailing wage for their classification of work. It is the subcontractor's responsibility to maintain labor harmony between the subcontractor's employees and other tradesmen, whether they are union or non-union, and any action taken by the subcontractor's employees cannot negatively impact the project and or schedule. Any such negative action by a subcontractor's employees, and the results, and or consequences of that action, will be the sole responsibility of the the subcontractors.

L.  Any subcontractor requiring the services of an operating engineer to hoist up any equipment will be the responsibility of the subcontractor.

9/25/06