

# SUBCONTRACT

# STANDARD FORM OF AGREEMENT BETWEEN PROJECT MANAGER AND SUBCONTRACTOR

This Document has Important Legal Consequences. Consultation with an Attorney is Encouraged with Respect to its Completion or Modification.

**AGREEMENT**

*Made as of the 1st day of October in the year Two Thousand and Seven.*

**BETWEEN** the Project Manager:  *Roofing Resources Inc.*
(Name and Address)  *608 Chadds Ford Drive*
  *Dilworth Suite 200*
  *Chadds Ford, PA 19317*

and the Subcontractor:  *K.G. Industries, Inc.*
(Name and Address)  *27-08 42nd Road*
  *L.I. City, NY 11101*

The Project:
(Include detailed description of Project, location, address and scope.)
  **Bronx VA Medical Center**
  **Roof Replacements**

The Owner:  *Veterans Administration, VISN 3*
  *Bronx VA Medical Center*
(Name and Address)  *130 W. Kingsbridge Road*
  *Bronx, NY 10468*

The Project Manager and Subcontractor agree as set forth below.

## ARTICLE 1

### THE CONTRACT DOCUMENTS

1.1   The Contract Documents for this Subcontract consist of this Agreement and any Exhibits attached hereto, the Agreement between the Owner and Project Manager dated as of October 1, 2007, the Conditions of the Contract between the Owner and Project Manager (General, Supplementary and other Conditions), the Drawings, the Specifications, all Addenda issued prior to and all Modifications issued after execution of the Agreement



between the Owner and Project Manager and agreed upon by the parties to this Subcontract. These form the Subcontract, and are as fully a part of the Subcontract as if attached to this Agreement or repeated herein.

1.2  Copies of the above documents which are applicable to the Work under this Subcontract shall be furnished to the Subcontractor upon his request. An enumeration of the applicable Contract Documents appears in Article 15.

## ARTICLE 2

## THE WORK

2.1  The Subcontractor shall perform all the Work required by the Contract Documents for:

### Scope of Work:

#### Building 100: G (21,366 sq. ft.) and J (2,950 sq. ft.)
- Remove existing non ACM roof and flashing down to concrete deck and dispose.
- Furnish and Install 2.5" polyisocyanurate on concrete deck and adhered with insulation adhesive.
- Furnish and install one ply base sheet HI TEC 60 and 2 ply of multi ply Glass Base in cold adhesive.
- Furnish and install 400lb/sq new gravel in PIKA PLY Adhesive.
- Install all edge flashing, EPDM and 050 shop fabricated aluminum coping.
- Raise and dress all cap flashing in walls and parapets.
- Furnish and install all flashing at penetrations.
- Manufacturer's Roofing Warranty for 10 years.

#### Building NHCU (26,625 sq. ft.)
- Remove existing non ACM roof down to concrete deck and dispose.
- Remove existing ACM flashing and dispose of properly.
- Furnish and Install 2.5" polyisocyanurate on concrete deck and adhered with insulation adhesive.
- Furnish and install one ply base sheet HI TEC 60 and 2 ply of multi ply Glass Base in cold adhesive.
- Furnish and install 400lb/sq new gravel in PIKA PLY Adhesive.
- Install all base flashing parapet and walls.
- Raise and dress all cap flashing in walls and parapets.
- Clean and re-caulk all stone coping joints.
- Furnish and install all flashing at penetrations.
- Manufacturer's Roofing Warranty for 10 years.

#### Building 16 (2,761 sq. ft.)
- Remove existing non ACM roof and flashing down to concrete deck and dispose.
- Furnish and Install 2.5" polyisocyanurate on concrete deck and adhered with insulation adhesive.
- Furnish and install one ply base sheet HI TEC 60 and 2 ply of multi ply Glass Base in cold adhesive.
- Furnish and install 400lb/sq new gravel in PIKA PLY Adhesive.
- Install all parapet and wall base flashing.



- Raise and dress all cap flashing in walls and parapets.
- Furnish and install all flashing at penetrations.
- Manufacturer's Roofing Warranty for 10 years.

### *Building MRI (3,716 sq. ft.)*
- Remove existing non ACM roof and flashing down to concrete deck and dispose.
- Furnish and Install 2.5" polyisocyanurate on concrete deck and adhered with insulation adhesive.
- Furnish and install one ply base sheet HI TEC 60 and 2 ply of multi ply Glass Base in cold adhesive.
- Furnish and install 400lb/sq new gravel in PIKA PLY Adhesive.
- Install all parapet and wall base flashing.
- Raise and dress all cap flashing in walls and parapets.
- Furnish and install all flashing at penetrations.
- Manufacturer's Roofing Warranty for 10 years.

## Modifications to Proposal:

### *Building NHCU*
- Value addition: Add shop fabricated 16 oz. LCC Coping on parapet in lieu of caulking all stone coping joints.

### *Building 16*
- Remove stone coping, install 16 oz. LCC thru wall flashing under stone coping and re-install stone coping.

### *General Exclusions:*
- Sheet Metal work other than connected with roofing.
- Prefabricated Metal Coping.
- Premium Timework.
- Full time site monitoring.

- **Price:**
  The price to perform the detailed scope of work shall not exceed **$1,383,629.00.** This includes all materials, labor, asbestos flashing removal, half of payment and performance bond, and insurance coverage designating the Bronx VA and RRI individually as additional insured.

Contracted Cost:

Per:
*K.G. Industries Cost Proposal, per C.J. Kothari for a unit cost of not more then $1,383,629.00 (One Million Three Hundred Eighty-Three Thousand Six Hundred and Twenty-Nine Dollars) determined by the following:*

*Building 100 G & H:* *$507,784.00 (Five Hundred Seven Thousand Seven Hundred and Eighty-Four Dollars).*



*Building NHCU:* $606,099.00 (Six Hundred Six Thousand and Ninety-Nine Dollars).

*Building 16:* $98,519.00 (Ninety Eight Thousand Five Hundred and Nineteen Dollars).

*Building MRI:* $112,822.00 (One Hundred Twelve Thousand Eight Hundred and Twenty-Two Dollars).

*Modification Building 16:* $10,000.00 (Ten Thousand Dollars).

*Modification Building NHCU:* $35,000.00 (Thirty-Five Thousand Dollars).

*Bond:* 2% of proposal: $27,405 (Twenty-Seven Thousand Four Hundred and Five Dollars) compensated by the following:

> $14,000 material credit from W.P. Hickman
> $13,405 from Roofing Resources, Inc

*\* All prices exclude the W.P. Hickman Performance Warranty Costs at $0.73 per sq. ft.*

*\* K.G. Industries will be responsible for a Two (2) year contractor warranty*

## ARTICLE 3

## TIME OF COMMENCEMENT AND SUBSTANTIAL COMPLETION

3.1  The Work to be performed under this Subcontract shall be commenced (*to be agreed upon*) and, subject to authorized adjustments, shall be substantially completed not later than *150 days from start date.*

3.2  Time is of the essence of this Subcontract.

3.3  No extension of time will be valid without the Project Manager's written consent after claim made by the Subcontractor in accordance with Paragraph 11.10.

## ARTICLE 4

## THE CONTRACT SUM

4.1  The Project Manager shall pay the Subcontractor in current funds for the performance of the Work, subject to additions and deductions authorized pursuant to Paragraph 11.9, the Contract Sum of *not more then $1,383,629.00 (One Million Three Eighty-Three Thousand Six Hundred and Twenty-Nine Dollars).*

> The Contract Sum is determined as follows:

If the installed quantity of work is greater or less than the quantities mentioned above against each building, the contract sum will be adjusted at the time of final payment at the following unit prices:
a.  For added Roof Area  - $ 24.00 per S. Ft.
b.  For deducted Roof Area - $ 19.20 per S. Ft.

*subject to approval by VA Brox*

4



*K.G. Industries Cost Proposal and Modification Proposal, per C.J. Kothari, titled "VA Medical Center Bronx" received on 6/06/07, "VA Medical Center Bronx-add on 070723" received on 7/23/07, and a verbal agreement regarding the 73 cents a sq. ft. housekeeping warranty and bond price per Rich Collins.*

## ARTICLE 5

## PROGRESS PAYMENTS

5.1   The Project Manager shall pay the Subcontractor as stated below.

5.2   Applications for progress payments shall be in writing and in accordance with paragraph 11.8, shall state the estimated percentage of the Work in this Subcontract that has been satisfactorily completed, and shall be submitted to the Project Manager on or before the day of each month.

5.3   **The Project Manager, Roofing Resources, Inc (RRI) shall make payments to the subcontractor, K.G. Industries, within seven days (7) of RRI's receipt of funds from the owner.**

5.4   Progress payments or final payment due and unpaid under this Subcontract shall bear interest from the date payment is due at the rate entered below or, in the absence thereof, at the legal rate prevailing at the place of the Project.

## ARTICLE 6

## FINAL PAYMENT

6.1   Final payment, constituting the entire unpaid balance of the Contract Sum, shall be due when the Work described in this Subcontract is fully completed and performed in accordance with the Contract Documents, and shall be payable as follows, in accordance with Article 5 and with Paragraph 12.4 of this Subcontract:

*Final payment will be made per 5.3 after receipt of warranty paperwork.*

6.2   Before issuance of the final payment, the Subcontractor, if required, shall submit evidence satisfactory to the Project Manager that all payrolls, bills for materials and equipment, and all known indebtedness connected with the Subcontractor's Work have been satisfied.

*Release of liens at job conclusion.*

## ARTICLE 7



# PERFORMANCE BOND AND LABOR AND MATERIAL PAYMENT BOND

*Bonding will be acquired by K.G. Industries, Inc. for the amount of $1,370,224.00.*

## ARTICLE 8

## TEMPORARY FACILITIES AND SERVICES

8.1 Unless otherwise provided in this Subcontract, the Project Manager shall furnish and make available at no cost to the Subcontractor the following temporary facilities and services:

*Subcontractor will provide temporary facilities.*

## ARTICLE 9

## INSURANCE

9.1 Prior to starting work, the Subcontractor shall obtain the required insurance from a responsible insurer, and shall furnish satisfactory evidence to the Project Manager that the Subcontractor has complied with the requirements of this Article 9. Similarly, the Project Manager shall furnish to the Subcontractor satisfactory evidence of insurance required of the Project Manager by the Contract Documents.

9.2 The Project Manager and Subcontractor waive all rights against each other and against the Owner, separate contractors, and all other subcontractors for damages caused by fire or other perils to the extent covered by property insurance provided under the General Conditions, except such rights as they may have to the proceeds of such insurance.

9.3 The Subcontractor shall issue a Certificate of Insurance naming the Project Manager and Owner as additional insured.
*Roofing Resources, Inc., and the Bronx VA Medical Center shall be separately listed as additional insured under the subcontractors liability policy, as required by written contract, but only in accordance with the policy.*

## SUPPLEMENTARY CONDITIONS

These Supplementary Conditions amend or supplement the Standard General Conditions of the Construction Contract and other provisions of the Contract Documents as indicated below. All provisions which are not so amended or supplemented remain in full force and effect. The General Conditions may also be supplemented elsewhere in the Contract Documents. The terms used in these Supplementary Conditions which are defined in the Standard General Conditions of the Construction Contract have the meanings assigned to them in the General Conditions.
PART 1- MODIFICATIONS AND SUPPLEMENTS TO GENERAL CONDITIONS



SC – 1
**CONTRACTOR'S INSURANCE REQUIREMENTS**

In accordance with the insurance requirements set forth in Article 9 – Insurance, Contractor shall obtain insurance of the types and in the amounts specified below. The insurance shall be written by insurance companies with a Best Rating of B++, X and on forms acceptable to Owner.

**SC1.1 Commercial General and Umbrella Liability Insurance.**

Contractor shall maintain commercial general liability (CGL) and, if necessary, commercial umbrella insurance with a limit of not less than $2,000,000 each occurrence. If such CGL insurance contains a general aggregate limit, it shall apply separately to the Project.

SC1.1.1 CGL insurance shall be written on ISO occurrence form CG 00 01 (or a substitute form providing equivalent coverage) and shall cover liability arising from premises, operations, independent contractors, products-completed operations, and personal and advertising injury.

SC1.1.2 Owner shall be included as an insured under the CGL, using ISO Additional Insured Endorsement CG 20 10 (07/04) and CG 20 37 (07/04) (or substitute(s) providing equivalent coverage, and under the commercial umbrella, if any. This insurance, including insurance provided under the commercial umbrella, if any, shall apply as primary insurance with respect to any other insurance or self-insurance programs afforded to, or maintained by, Owner.

SC1.1.3 There shall be no endorsement or modification of the CGL limiting the scope of coverage for liability arising from explosion, collapse, or underground property damage.

SC1.1.4 Continuing CGL Coverage. Contractor shall maintain commercial general liability (CGL) including products-completed operations coverage and, if necessary, commercial umbrella liability insurance, with a limit of not less than $2,000,000 each occurrence for at least 3 years following substantial completion of the Work.

**SC1.2 Business Auto and Umbrella Liability Insurance.**

Contractor shall maintain business auto liability and, if necessary, commercial umbrella liability insurance with a limit of not less than $2,000,000 each accident.

SC1.2.1 Such insurance shall cover liability arising out of any auto (including owned, hired and non-owned autos).

SC1.2.2 Business auto coverage shall be written on ISO form CA 00 01, CA 00 05, CA 00 12, CA 00 20, or a substitute form providing equivalent liability coverage. If necessary, the policy shall be endorsed to provide contractual liability coverage equivalent to that provided in the 1990 and later editions of CA 00 01.



SC1.2.3 If the Contract Documents require Contractor to remove and haul hazardous waste from the Project site, or if the Project involves such similar environmental exposure, pollution liability coverage equivalent to that provided under the ISO Pollution Liability-Broadened Coverage for Covered Autos Endorsement (CA 99 48) shall be provided, and the Motor Carrier Act Endorsement (MCS 90) shall be attached.

**SC1.3 Workers Compensation Insurance.**

Contractor shall maintain workers compensation and employers liability insurance.

SC1.3.1 The employers liability, and if necessary commercial umbrella, limits shall not be less than $1,000,000 each accident for bodily injury by accident or $1,000,000 each employee for bodily injury by disease.

**SC1.4 Evidence of Insurance.**

Prior to commencing the Work, Contractor shall furnish Owner with a certificate(s) of insurance, executed by a duly authorized representative of each insurer, setting out compliance with the insurance requirements set forth above.

SC1.4.1 All certificates shall provide for 30 days written notice to Owner prior to the cancellation or material change of any insurance referred to therein.

SC1.4.2 The words "endeavor to" and "but failure to mail such notice shall impose no obligation or liability of any kind upon the company, its agents or representatives" shall be deleted from the cancellation provision of all certificates provided by Contractor.

SC1.4.3 Failure of Owner to demand such certificate or other evidence of full compliance with these insurance requirements or failure of Owner to identify a deficiency from evidence that is provided shall not be construed as a waiver of Contractor's obligation to maintain such insurance.

SC1.4.4 Owner shall have the right, but not the obligation, to prohibit Contractor or any subcontractor from entering the Project site until such certificates or other evidence that insurance has been placed in complete compliance with these requirements is received and approved by Owner.

SC1.4.5 Failure to maintain the insurance required shall constitute an event of default pursuant to Paragraph 15.02 of the Standard General Conditions of the Construction Contract and shall allow Owner to terminate this Agreement at Owner's option. If Contractor fails to maintain the insurance as set forth herein, Owner shall have the right, but not the obligation, to purchase said insurance at Contractor's expense.



SC1.4.6 With respect to insurance maintained after final payment in compliance with a requirement above, an additional certificate(s) evidencing such coverage shall be promptly provided to Owner when requested.

SC1.4.7 Contractor shall provide certified copies of all insurance policies required above within 10 days of Owner's written request for said copies.

SC1.5 General Insurance Provisions

SC1.5.1 No Representation of Coverage Adequacy. By requiring the insurance as set out in Article 5 of the Standard General Conditions of the Construction Contract and associated Supplementary Conditions, Owner does not represent that coverage and limits will necessarily be adequate to protect Contractor, and such coverage and limits shall not be deemed as a limitation on Contractor's liability under the indemnities provided to Owner in this Agreement, or any other provision of the Contract Documents.

SC1.5.2 Cross-Liability Coverage. If Contractor's liability policies do not contain the standard ISO separation of insureds provision, or a substantially similar clause, they shall be endorsed to provide cross-liability coverage.

SC1.5.3 Subcontractors' Insurance. Contractor shall cause each subcontractor employed by Contractor to purchase and maintain insurance of the type specified in the Standard General Conditions of the Construction Contract and Supplementary Conditions. When requested by Owner, Contractor shall furnish to Owner copies of certificates of insurance evidencing coverage for each subcontractor.

## ARTICLE 10

## WORKING CONDITIONS

## GENERAL CONDITIONS

## ARTICLE 11

## SUBCONTRACTOR

**11.1 RIGHTS AND RESPONSIBILITIES**

11.1.1 The Subcontractor shall be bound to the Project Manager by the terms of this Agreement and, to the extent that provisions of the Contract Documents between the Owner and the Project Manager apply to the Work of the Subcontractor as defined in this Agreement, the Subcontractor shall assume toward the Project Manager all the obligations and responsibilities which the Project Manager, by those Documents, assumes toward the



Owner, and shall have the benefit of all rights, remedies and redress against the Project Manager which the Project Manager, by those Documents, has against the Owner insofar as applicable to this Subcontract, provided that where any provision of the Contract Documents between the Owner and Project Manager is inconsistent with any provision of this Agreement, this Agreement shall govern.

11.1.2 The Subcontractor shall not assign this Subcontract without the written consent of the Project Manager, nor subcontract the whole of this Subcontract without the written consent of the Project Manager, nor further subcontract portions of this Subcontract without written notification to the Project Manager when such notification is requested by the Project Manager. The Subcontractor shall not assign any amounts due or to become due under this Subcontract without written notice to the Project Manager.

## 11.2 EXECUTION AND PROGRESS OF THE WORK

11.2.1 The Subcontractor agrees that the Project Manager's equipment will be available to the Subcontractor only at the Project Manager's discretion and on mutually satisfactory terms.

11.2.2 The Subcontractor shall cooperate with the Project Manager in scheduling and performing his Work to avoid conflict or interference with the work of others.

11.2.3 The Subcontractor shall promptly submit shop drawings and samples required in order to perform his Work efficiently, expeditiously, and in a manner that will not cause delay in the progress of the Work of the Project Manager or other subcontractors.

11.2.4 The Subcontractor shall furnish periodic progress reports on the Work as mutually agreed, including information on the status of materials and equipment under this Subcontract which may be in the course of preparation or manufacture.

11.2.5 The Subcontractor agrees that all Work shall be done subject to the final approval of the Project Manager. The Project Manager's decisions in matters relating to artistic effect shall be final if consistent with the intent of the Contract Documents.

11.2.6 The Subcontractor shall pay for all materials, equipment and labor used in, or in connection with, the performance of this Subcontract through the period covered by previous payments received from the Project Manager, and shall furnish satisfactory evidence, when requested by the Project Manager, to verify compliance with the above requirements.

## 11.3 LAWS, PERMITS, FEES AND NOTICES

11.3.1 The Subcontractor shall give all notices and comply with all laws, ordinances, rules, regulations and orders of any public authority bearing on the performance of the Work under this Subcontract. The Subcontractor shall secure and pay for all permits and



governmental fees, licenses and inspections necessary for the proper execution and completion of the Subcontractor's Work, the furnishing of which is required of the Project Manger by the Contract Documents.

**11.3.2** The Subcontractor shall comply with Federal, State and local tax laws, social security acts, unemployment compensation acts and workers' or workmen's compensation acts insofar as applicable to the performance of this Subcontract.

## 11.4 WORK OF OTHERS

**11.4.1** In carrying out his Work, the Subcontractor shall take necessary precautions to protect properly the finished work of other trades from damage caused by his operations.

**11.4.2** The Subcontractor shall cooperate with the Project Manager and other subcontractors whose work might interfere with the Subcontractor's Work, and shall participate in the preparation of coordinated drawings in areas of congestion as required by the Contract Documents, specifically noting and advising the Project Manager of any such interference.

## 11.5 SAFETY PRECAUTIONS AND PROCEDURES

**11.5.1** The Subcontractor shall take all reasonable safety precautions with respect to his Work, shall comply with all safety measures initiated by the Project Manager and with all applicable laws, ordinances, rules, regulations and orders of any public authority for the safety of persons or property in accordance with the requirements of the Contract Documents. The Subcontractor shall report within three days to the Project Manager any injury to any of the Subcontractor's employees at the site.

## 11.6 CLEANING UP

**11.6.1** The Subcontractor shall at all times keep the premises free from accumulation of waste materials or rubbish arising out of the operations of this Subcontract. Unless otherwise provided, the Subcontractor shall not be held responsible for unclean conditions caused by other contractors or subcontractors.

## 11.7 WARRANTY

**11.7.1** The Subcontractor warrants to the Owner and the Project Manager that all materials and equipment furnished shall be new unless otherwise specified, and that all Work under this Subcontract shall be of good quality, free from faults and defects and in conformance with the Contract Documents. All Work not conforming to these requirements, including substitutions not properly approved and authorized, may be considered defective. The warranty provided in this Paragraph 11.7 shall be in addition to and not in limitation of any other warranty or remedy required by law or by the Contract Documents.



**11.8 APPLICATIONS FOR PAYMENT**

**11.8.1** The Subcontractor shall submit to the Project Manager applications for payment at such times as stipulated in Article 5 to enable the Project Manager to apply for payment.

**11.8.2** If payments are made on the valuation of Work done, the Subcontractor shall, before the first application, submit to the Project Manager a schedule of values of the various parts of the Work aggregating the total sum of this Subcontract, made out in such detail as the Subcontractor and Project Manager may agree upon or as required by the Owner, and supported by such evidence as to its correctness as the Project Manager may direct. This schedule, when approved by the Project Manager, shall be used only as a basis for Applications for Payment, unless it be found to be in error. In applying for payment, the Subcontractor shall submit a statement based upon this schedule.

**11.8.3** If payments are made on account of materials or equipment not incorporated in the Work but delivered and suitably stored at the site or at some other location agreed upon in writing, such payments shall be in accordance with the Terms and Conditions of the Contract Documents.

**11.9 CHANGES IN THE WORK**

**11.9.1** The Subcontractor may be ordered in writing by the Project Manager, without invalidating this Subcontract, to make changes in the Work within the general scope of this Subcontract consisting of additions, deletions or other revisions, the Contract Sum and the Contract Time being adjusted accordingly. The Subcontractor, prior to the commencement of such changed or revised Work, shall submit promptly to the Project Manager written copies of any claim for adjustment to the Contract Sum and Contract Time for such revised Work in a manner consistent with the Contract Documents.

**11.10 CLAIMS OF THE SUBCONTRACTOR**

**11.10.1** The Subcontractor shall make all claims promptly to the Project Manager for additional cost, extensions of time, and damages for delays or other causes in accordance with the Contract Documents. Any such claim which will affect or become part of a claim which the Project Manager is required to make under the Contract Documents within a specified time period or in a specified manner shall be made in sufficient time to permit the Project Manager to satisfy the requirements of the Contract Documents. Such claims shall be received by the Project Manager not less than two working days preceding the time by which the Project Manager's claim must be made. Failure of the Subcontractor to make such a timely claim shall bind the Subcontractor to the same consequences as those to which the Project Manager is bound.



### 11.11 INDEMNIFICATION

**11.11.1** To the fullest extent permitted by law, the Subcontractor shall indemnify and hold harmless the Owner and the Project Manager and all of their agents and employees from and against all claims, damages, losses and expenses, including but not limited to attorneys fees, arising out of or resulting from the performance of the Subcontractor's Work under this Subcontract, provided that any such claim, damage, loss, or expense is attributable to bodily injury, sickness, disease, or death, or to injury to or destruction of tangible property (other than the Work itself) including the loss of use resulting therefrom, to the extent caused in whole or in part by any negligent act or omission of the Subcontractor or anyone directly or indirectly employed by him or anyone for whose acts he may be liable, regardless of whether it is caused in part by a party indemnified hereunder. Such obligation shall not be construed to negate, or abridge, or otherwise reduce any other right or obligation of indemnity which would otherwise exist as to any party or person described in this Paragraph 11.11.

**11.11.2** In any and all claims against the Owner or the Project Manager or any of their agents or employees by an employee of the Subcontractor, anyone directly or indirectly employed by him or anyone for whose acts he may be liable, the indemnification obligation under this Paragraph 11.11 shall not be limited in any way by any limitation on the amount or type of damages, compensation or benefits payable by or for the Subcontractor under workers' or workmen's compensation acts, disability benefit acts or other employee benefit acts.

**11.11.3** The obligations of the Subcontractor under this Paragraph 11.11 shall not extend to the liability of the Project Manager, his agents or employees arising out of (1) the preparation or approval of maps, drawings, opinions, reports, surveys, Change Orders, designs or specifications, or (2) the giving of or the failure to give directions or instructions by the Project Manager, his agents or employees provided such giving or failure to give is the primary cause of the injury or damage.

### 11.12 SUBCONTRACTOR'S REMEDIES

**11.12.1** If the Project Manager does not pay the Subcontractor through no fault of the Subcontractor, within seven days from the time payment should be made as provided in Paragraph 12.4, the Subcontractor may, without prejudice to any other remedy he may have, upon seven additional days' written notice to the Project Manager, stop his Work until payment of the amount owing has been received. The Contract Sum shall, by appropriate adjustment, be increased by the amount of the Subcontractor's reasonable costs of shutdown, delay and start-up.



# ARTICLE 12

## PROJECT MANAGER

**12.1 RIGHTS AND RESPONSIBILITIES**

12.1.1 The Project Manager shall be bound to the Subcontractor by the terms of this Agreement, and to the extent that provisions of the Contract Documents between the Owner and the Project Manager apply to the Work of the Subcontractor as defined in this Agreement, the Project Manager shall assume toward the Subcontractor all the obligations and responsibilities that the Owner, by those Documents, assumes toward the Project Manager, and shall have the benefit of all rights, remedies and redress against the Subcontractor which the Owner, by those Documents, has against the Project Manager. Where any provision of the Contract Documents between the Owner and the Project Manager is inconsistent with any provisions of this Agreement, this Agreement shall govern.

**12.2 SERVICES PROVIDED BY THE PROJECT MANAGER**

12.2.1 The Project Manager shall cooperate with the Subcontractor in scheduling and performing his Work to avoid conflicts or interference in the Subcontractor's Work, and shall expedite written responses to submittals made by the Subcontractor in accordance with Paragraphs 11.2, 11.9 and 11.10. As soon as practicable after execution of this Agreement, the Project Manager shall provide the Subcontractor a copy of the estimated progress schedule of the Project Manager's entire Work which the Project Manager has prepared and submitted for the Owner's information, together with such additional scheduling details as will enable the Subcontractor to plan and perform his Work properly. The Subcontractor shall be notified promptly of any subsequent changes in the progress schedule and the additional scheduling details.

**12.3 COMMUNICATIONS**

12.3.1 The Project Manager shall promptly notify the Subcontractor of all modifications to the Contract between the Owner and the Project Manager which affect this Subcontract and which were issued or entered into subsequent to the execution of this Subcontract.

12.3.2 The Project Manager shall not give instructions or orders directly to employees or workmen of the Subcontractor except to persons designated as authorized representatives of the Subcontractor.

**12.4 PAYMENTS TO THE SUBCONTRACTOR**

12.4.1 Unless otherwise provided in the Contract Documents, the Project Manager shall pay the Subcontractor each progress payment and the final payment under this Subcontract within three working days after he receives payment from the Owner, except as provided



in Subparagraph 12.4.3. The amount of each progress payment to the Subcontractor shall be the amount to which the Subcontractor is entitled, reflecting the percentage of completion allowed to the Project Manager for the Work of this Subcontractor applied to the Contract Sum of this Subcontract, and the percentage actually retained, if any, from payments to the Project Manager on account of such Subcontractor's Work, plus, to the extent permitted by the Contract Documents, the amount allowed for materials and equipment suitably stored by the Subcontractor, less the aggregate of previous payments to the Subcontractor.

## 12.5 CLAIMS BY THE PROJECT MANAGER

12.5.1 The Project Manager shall make no demand for liquidated damages for delay in any sum in excess of such amount as may be specifically named in this Subcontract, and liquidated damages shall be assessed against this Subcontractor only for his negligent acts and his failure to act in accordance with the terms of this Agreement, and in no case for delays or causes arising outside the scope of this Subcontract, or for which other subcontractors are responsible.

12.5.2 Except as may be indicated in this Agreement, the Project Manager agrees that no claim for payment for services rendered or materials and equipment furnished by the Project Manager to the Subcontractor shall be valid without prior notice to the Subcontractor and unless written notice thereof is given by the Project Manager to the Subcontractor not later than the tenth day of the calendar month following that in which the claim originated.

## 12.6 PROJECT MANAGER'S REMEDIES

12.6.1 If the Subcontractor defaults or neglects to carry out the Work in accordance with this Agreement and fails within three working days after receipt of written notice from the Project Manager to commence and continue correction of such default or neglect with diligence and promptness, the Project Manager may, after three days following receipt by the Subcontractor of an additional written notice, and without prejudice to any other remedy he may have, make good such deficiencies and may deduct the cost thereof from the payments then or thereafter due the Subcontractor, provided, however, that if such action is based upon faulty workmanship or materials and equipment, the Project Manager shall first have determined that the workmanship or materials an equipment are not in accordance with the Contract Documents.

## ARTICLE 13

## ARBITRATION

13.1 All claims, disputes and other matters in question arising out of or relating to, this Subcontract or the breach thereof, shall be decided by arbitration, which shall be conducted in the same manner and under the same procedure as provided in the Contract



Documents with respect to disputes between the Owner and the Project Manager, except that a decision by the Design Professional shall not be a condition precedent to arbitration. If the Contract Documents do not provide for arbitration or fail to specify the manner and procedure for arbitration, it shall be conducted in accordance with the Construction Industry Arbitration Rules of the American Arbitration Association then obtaining unless the parties mutually agree otherwise.

13.2 Except by written consent of the person or entity sought to be joined, no arbitration arising out of or relating to the Contract Documents shall include, by consolidation, joinder or in any other manner, any person or entity not a party to the Agreement under which such arbitration arises, unless it is shown at the time the demand or arbitration is filed that (1) such person or entity is substantially involved in a common question of fact or law, (2) the presence of such person or entity is required if complete relief is to be accorded in the arbitration, (3) the interest or responsibility of such person or entity in the matter is not insubstantial, and (4) such person or entity is not the Architect, his employee or his consultant. This agreement to arbitrate and any other written agreement to arbitrate with an additional person or persons referred to herein shall be specifically enforceable under the prevailing arbitration law.

13.3 The Project Manager shall permit the Subcontractor to be present and to submit evidence in any arbitration proceeding involving his rights.

13.4 The Project Manager shall permit the Subcontractor to exercise whatever rights the Project Manager may have under the Contract Documents in the choice of arbitrators in any dispute, if the sole cause of the dispute is the Work, materials, equipment, rights or responsibilities of the Subcontractor; or if the dispute involves the Subcontractor and any other subcontractor or subcontractors jointly, the Project Manager shall permit them to exercise such rights jointly.

13.5 The award rendered by the arbitrators shall be final, and judgment may be entered upon it in accordance with applicable law in any court having jurisdiction thereof.

13.6 This Article shall not be deemed a limitation of any rights or remedies which the Subcontractor may have under any Federal or State mechanics' lien laws or under any applicable labor and material payment bonds unless such rights or remedies are expressly waived by him.

## ARTICLE 14

## TERMINATION

14.1 **TERMINATION BY THE SUBCONTRACTOR**

14.1.1 If the Work is stopped for a period of thirty days through no fault of the Subcontractor because the Project Manager has not made payments thereon as provided in this



Agreement, then the Subcontractor may without prejudice to any other remedy he may have, upon seven additional days' written notice to the Project Manager, terminate this Subcontract and recover from the Project Manager payment for all Work executed and for any proven loss resulting from the stoppage of the Work, including reasonable overhead, profit and damages.

### 14.2 TERMINATION BY THE PROJECT MANAGER

14.2.1 If the Subcontractor persistently or repeatedly fails or neglects to carry out the Work in accordance with the Contract Documents or otherwise to perform in accordance with this Agreement and fails within seven days after receipt of written notice to commence and continue correction of such default or neglect with diligence and promptness, the Project Manager may, after seven days following receipt by the Subcontractor of an additional written notice and without prejudice to any other remedy he may have, terminate the Subcontract and finish the Work by whatever method he may deem expedient. If the unpaid balance of the contract sum exceeds the expense of finishing the Work, such excess shall be paid to the Subcontractor, but if such expense exceeds such unpaid balance, the Subcontractor shall

14.2.2 pay the difference to the Project Manager.

## ARTICLE 15

## MISCELLANEOUS PROVISIONS

15.1 Terms used in this Agreement which are defined in the Conditions of the Contract shall have the meaning designated in those Conditions

15.2 The Contract Documents, which constitute the entire Agreement between the Owner and the Project Manager, are listed in Article 1, and the documents which are applicable to this Subcontract, except for Addenda and Modifications issued after execution of this Subcontract, are enumerated as follows:

*Scope of Work:*
*Please see prior scope of work under Article 2, Section 2.1. Additional scope of work requirements per W.P. Hickman are attached.*



**PROFESSIONAL ROOFING SPECIALISTS**

*Made as of the 1st day of October in the year Two Thousand and Seven.*

This Agreement entered into as of the day and year first written above.

PROJECT MANAGER

_____
*(Signature)*

Richard Collins Vice President
*(Printed name and title)*

SUBCONTRACTOR

_____
*(Signature)*

RAMESH Y. SHAH
*(Printed name and title)*

VICE PRESIDENT

K. G. Industries, Inc.
Fed. I.D. 11-2436360

18