# SUBCONTRACT AGREEMENT

**SUBCONTRACT** entered into this 13th day of July, 2005, by Yonkers Contracting Company, Inc., a New York corporation, with offices at 969 Midland Avenue, Yonkers, NY 10704 ("Contractor"), and K G Industries, Inc. a corporation organized under the laws of the State of New York, with its main office at 27-08 42nd Road, Long Island City, New York 11101 ("Subcontractor").

**WITNESSETH**:

**WHEREAS**, Contractor entered into a General Contract, as hereinafter defined, with the New York City Department of Environmental Protection, ("the Owner") for the Hunts Point Water Pollution Control Plant Upgrade-Phase II, Bronx, New York, Contract Number HP-2G Structures and Equipment, Pin No.: 82603WP00855 ("The Project"). The General Contract dated as of April 25, 2003 and accompanying Plans, Standard Specifications, General Conditions, Special Provisions, Addenda, together with any supplements, modifications, riders, changes or additions thereto, and all other documents by reference forming a part of the General Contract between Owner and Contractor are herein collectively referred to as the "General Contract"; and **WHEREAS**, Contractor wishes to retain Subcontractor to perform a portion of the work provided for in the General Contract, and Subcontractor wishes to be retained to undertake performance of a portion of the work provided for therein.

**NOW, THEREFORE**, Contractor and Subcontractor, upon the terms and conditions set forth herein and for the consideration hereinafter specified, enter into this Subcontract agreement **03-945-33** ("the Subcontract"), and in so doing mutually covenant and agree as follows:

## 1. REFERENCE TO GENERAL CONTRACT.

**1.1** Subcontractor agrees that the General Contract in its entirety is incorporated by reference and made part of this Subcontract as though set forth at length herein. Subcontractor represents that it has carefully examined all documents, plans and other papers comprising the General Contract and is thoroughly familiar with each of them, and it is expressly agreed and understood that the General Contract shall be considered to be a part of this Subcontract in all respects. Subcontractor assumes to Contractor all obligations that Contractor assumes to Owner in and by the General Contract with respect to all aspects of the work called for herein and with respect to all obligations, duties, conditions and requirements related to the entire fulfillment and performance of the General Contract.

**1.2** In addition to the incorporation of all terms and conditions of the General Contract regarding the scope and quality of the Work (as defined herein in paragraph 2.1), the Subcontractor agrees that all the terms and provisions of the General Contract, including but not limited to the administrative and procedural provisions thereof such as, by way of example only, the strict requirements for giving written notice of claims for extra or additional compensation, the limitations as to damages and the requirements for providing proper and timely documentation of claims of any kind for extra or additional money, are incorporated by reference and made applicable to this Subcontract, and the performance thereof.

**1.3** In the event of any conflict between the provisions of this Subcontract and the General Contract, the provisions of this Subcontract shall govern.

## 2. SCOPE OF WORK.

**2.1** Subcontractor in a good and workmanlike manner and in strict accordance with the Contract Documents shall furnish and perform the labor, plant, materials, tools, machinery, equipment, supplies, appliances, winter protection and all other protection necessary to safeguard Subcontractor's Work, as defined herein, and all other things of every kind required to duly construct and complete the following work as further described herein:

Generally all work normally associated with the **Furnishing and installation of all roofing** complete and in strict accordance with the Project Plans, Specifications, Addenda's, and Bulletins thereto for the **Hunts Point WPCP, Plant Upgrade Phase II**. It is the intent of this Agreement to secure a **"Complete Installation"** with all items included as required and as may be reasonably inferred from the Contract Documents, Site requirements, and constraints unless specifically excluded hereto.



**Technical specifications include, but are not necessarily limited to:**

Division 1 – General Requirements
All Sections as applicable
Divisions 7 – Thermal & Moisture Protection
Section 07210 – Building Insulation (General)
Section 07210 – Building Insulation (Detailed)
Section 07500 – Membrane Roofing (General)
Section 07500 – Membrane Roofing (Detailed)
Section 07620 – Sheet Metal Flashing & Trim (General)
Section 07620 – Sheet Metal Flashing & Trim (Detailed)

**The Work of this Subcontract shall be as described on the following Drawings:**

- Volume II – Architectural Drawings from the Conformed Set dated June 2003.

The followings items are specifically included for the Roofing in this Subcontract. However, this list is not meant to be all inclusive or to limit Subcontractor's scope or requirements in any way. Any item not identified, but necessary for a **"Complete Installation"** shall be deemed included and required as if listed below:

- Furnish and install all roofing and roof insulation material as shown on the Contract documents.
- Furnish and install all flashing pertaining to the roof.
- Cleaning during installation is included. Subcontractor shall protect work as long as Subcontractor is on-site.
- Subcontractor shall supply, operate, and maintain its own portable generators for hand tools, cranes, forklifts, scaffolding, and man lifts as required to perform its Work.
- Clean up into Contractor supplied Dumpsters.
- Removal of any existing roofing required to install new roofing.

Subcontractor shall provide the following documentation:

- A sample of Subcontractor's certified payroll form.
- A complete listing of the craft worker classifications the Subcontractor will be using.
- A signed statement indicating that the Subcontractor shall pay the prevailing wage as per the Contract documents.

**Excluded from this Subcontract are the following items only:**

- Sales tax on material incorporated into the project.
- Carpentry Work or Wood Blocking.
- Temporary Roofing / protection after installation.
- VOC Recovery System; However, Subcontractor shall provide materials that "Meet VOC Limits of Authorities Having Jurisdiction" as required by Section 07500.
- Under Coping Flashings. and installation of receiver pc. of cap flashing
- Waterproofing specified in other specification sections not included herein.

All of the foregoing is herein referred to as the **"Work"**.

**2.2** Subcontractor shall do all things incidental to the complete performance of such items of Work and shall provide all things and services necessary and proper for the expeditious and complete performance of the Work in strict conformity with this Subcontract and the General Contract and to the approval and acceptance of Contractor and Owner. Each described item of Work shall include all things and services reasonably implied from such item or customarily provided in Subcontractor's line of work, or necessary to complete such items for inspection and approval in accordance with applicable laws, regulations and Subcontract provisions.

## 3. SUBCONTRACT PRICE.

**3.1** The sum to be paid by Contractor to Subcontractor for the satisfactory performance and completion of the Work and of all of the duties, obligations and responsibilities of Subcontractor under this Subcontract and the General Contract shall be **FOUR HUNDRED SIXTY-FIVE THOUSAND DOLLARS AND ZERO CENTS ($465,000.00)** (the "Subcontract Price") and shall be subject to additions and deductions that may be agreed to in writing by Contractor or hereinafter expressly provided for.

**3.2** The Subcontract Price includes all applicable taxes, surcharges and fees.

**3.3** All payments under this Subcontract shall be made in accordance with Subcontract Article 4.

**4. PAYMENTS.**

**4.1** Prior to submitting its first application for payment, Subcontractor shall submit to Contractor, for approval, its proposed Price Breakdown or Schedule of Values.

**4.2** Contractor will pay Subcontractor within ten (10) days after Contractor receives payment from the Owner for Subcontractor's items of work based on the quantities approved and paid for by the Owner, and on the basis and in the manner stipulated in the General Contract (which Subcontractor shall accept as agreed). Such payment by the Owner shall be a condition precedent to Contractor's obligation to make payment to Subcontractor. Said payments shall be made on the basis of ninety (90%) percent of the value of Subcontractor's items of work at the prices stipulated. When the quantities approved by the Owner for payment consist of items of work on which Subcontractor has performed only a portion of the work approved for payment, then quantities of work for which Subcontractor shall receive payment shall be determined by Contractor.

**4.3** Subcontractor is required to submit its application for payment no later than three (3) days following the last day of the current pay period accompanied, if required, by a forecast of the amount of the next month's expected application for payment. Subcontractor's application for payment shall be on forms and in content acceptable to Contractor and Owner and be calculated on the basis of the agreed upon estimated value of work performed or delivered by Subcontractor during the current month.

**4.4** In consideration of each payment and as a condition precedent to the receipt thereof, Subcontractor shall execute a Partial Release and Partial Waiver of Liens, in affidavit form, for all labor performed and materials furnished as of the last day of the preceding month in the form attached hereto as Exhibit A. In the event of any disputes between Subcontractor and its laborers, subcontractors, suppliers or others, Subcontractor shall except same from such certification and furnish complete details as to the nature of such disputes. Should the Subcontractor refuse or neglect to furnish such affidavit, no payments shall be made or be deemed to be due to the Subcontractor. At Contractor's option and demand, Subcontractor agrees to furnish a good and sufficient waiver of lien from its suppliers, vendors, materialmen, sub-Subcontractors or others furnishing labor or materials in connection with the Project.

**4.5** Final payment to Subcontractor shall be made within forty-five (45) days after completion of Subcontractor's Work and Owner's acceptance of, and payment for, such work; after receipt of Subcontractor's general release, material certifications, warranties, guarantees, and other required close-out documentation; after satisfactory proof of payment by Subcontractor of each and every obligation owed by it to laborers, materialmen, suppliers and others furnishing labor, materials or services under this Subcontract; and after satisfactory proof that all claims and demands in connection with Subcontractor's Work have been discharged. Subcontractor promises and agrees to pay all bills, expenses and other indebtedness incurred by it in the performance of the Work called for herein, and in connection therewith. In consideration of final payment and as a condition precedent to the receipt thereof, Subcontractor shall execute a general release and waiver of all liens or rights of lien for work or labor performed or materials together with a written certification that it has paid to date all outstanding obligations to laborers, subcontractors, suppliers and others for which it is a trustee of contract funds under any statute, and has satisfied all of its payroll tax obligations in connection with the Project. In the event of any disputes between Subcontractor and any of its laborers, subcontractors, suppliers and others, Subcontractor shall except same from such certification and furnish complete details as to the nature of such disputes. Should the Subcontractor refuse or neglect to duly execute and furnish such documents and certifications, final payment shall not be made or deemed to be due to the Subcontractor. Subcontractor agrees to furnish a good and sufficient waiver of lien on said works from every person and corporation furnishing labor or materials in connection with the Subcontract. Subcontractor further agrees to exonerate, indemnify and save Contractor harmless from any and all demands, claims, liens, and the like against Subcontractor for services or labor performed, or materials furnished in connection with said Work.



**4.6** If, at any time before final payment, there shall be any lien, claim, suit, attachment, notice or any other encumbrance filed against Subcontractor or presented to Contractor by any lower-tier subcontractors or suppliers of Subcontractor, Contractor shall have the right to retain out of any payments then due, of which may thereafter become due to Subcontractor, an amount sufficient to indemnify Contractor against any loss, cost or expense arising from any such lien, claim, suit, attachment, notice or any other encumbrance. In the event any such encumbrance shall be asserted, Subcontractor shall, within seven (7) days of receipt of notice thereof, cause it to be discharged by payment, bonding, or otherwise. In the event that Subcontractor fails to discharge such encumbrance within seven (7) days, Contractor, at its option, may pay or otherwise discharge such encumbrance and withhold the costs incurred in doing so from any amounts owed Subcontractor. The rights contained in the preceding provisions are absolute, and are not dependent upon the eventual validity of such lien, claim, suit, attachment, notice or any other encumbrance filed against Subcontractor or presented to Contractor by any claimant or Lienor of Subcontractor, and any amounts retained by Contractor as aforesaid shall not bear interest and shall not be released to Subcontractor until the invalidity of any such lien, claim, suit, attachment, notice or any other encumbrance filed against Subcontractor or presented to Contractor by any claimant or Lienor of Subcontractor, has been finally determined by a tribunal of competent jurisdiction, or said lien, claim, suit, attachment, notice or any other encumbrance filed against Subcontractor or presented to Contractor by any claimant or Lienor has been properly paid and satisfied, and documents evidencing such disposition have been presented to Contractor.

**4.7** In addition to, and not in diminution of, the foregoing, in the event that Contractor shall determine that Subcontractor is delinquent in the payment of any monies due and owing for labor, materials, supplies or equipment related to or incorporated in the Project, and if Contractor determines, in its sole discretion, that it would be beneficial to, and in the interests of, the prosecution of the Work under the General Contract, it shall have the right, upon forty-eight (48) hours written notice to Subcontractor, to pay or satisfy any such amounts due and owing and deduct any such sum paid from the proceeds of any payments then due or to become due the Subcontractor. Any such payments made will be by joint check, payable to the Subcontractor and the person or entity to which the money is determined to be owed, or by direct payment to the person or entity to which the money is determined to be owed; provided, however, that if within forty-eight (48) hours after written notice of such alleged delinquency by Contractor to Subcontractor, the Subcontractor submits evidence deemed by Contractor, in its sole discretion, to satisfactorily show that there is a good faith dispute concerning said alleged delinquency, Contractor will not exercise its rights under this Paragraph provided adequate assurances are given it that the progress of the Work and the costs of performance will not be adversely affected. If, at any time, after final payment, any of the aforesaid demands, claims, liens or the like have been filed or given, then Subcontractor shall pay to Contractor that sum or sums necessary to make Contractor whole because of loss, cost and expense of any nature to which Contractor is put by virtue of any of the aforesaid. Contractor's rights under this Paragraph shall be in addition to all other legal remedies and rights that it may have, and at its option, a breach by Subcontractor of the covenants contained in this paragraph shall be deemed a material breach of this Subcontract.

**5.** **PROSECUTION OF THE WORK.**

**5.1** Time is of the essence of this Subcontract. Subcontractor shall promptly commence work following Contractor's order to do, and it shall progress the same so as not to delay or interfere with Contractor's operations and so as to enable Contractor to complete its Work within the time limit specified in the General Contract or as the same may be extended.

**5.2** The Subcontractor represents that it has reviewed and accepts any applicable progress schedule in effect as of the date of execution by Subcontractor of this Subcontract or that is otherwise required to be submitted by Contractor under the terms of the General Contract. The Subcontractor agrees and understands that any such progress schedule is incorporated by reference in this Subcontract and further acknowledges that its failure to adhere to any such progress schedule will expose Contractor to severe financial hardship. Accordingly, Subcontractor agrees to exonerate, indemnify and hold Contractor harmless from and against any and all losses, damages and claims arising out of Subcontractor's failure to adhere to any such progress schedule or any modifications, updates or revisions thereto. Further, Subcontractor understands and agrees that its failure to adhere to any such progress schedule or any modification thereof will be sufficient grounds for Contractor, at its option, to terminate this Subcontract on three (3) days' written notice and to hold Subcontractor responsible for any and all losses, damages and costs arising out of such failure and such termination.




**5.3** Notwithstanding anything to the contrary stated herein, Contractor does not assure Subcontractor that Subcontractor shall be able to commence, prosecute or complete the work at the time stated, or in the sequence, manner or duration provided for in any progress schedule that the Owner or Contractor may provide to the Subcontractor, or that the entire Work shall be completed at the time fixed in any progress schedule, Contractor reserving the right to alter or modify any such progress schedule. Subcontractor further agrees to promptly comply with all orders and directions given by Contractor, irrespective of whether Subcontractor shall dispute the same in any particular and without waiting for the determination of the Owner or Engineer with respect to any such dispute.

**5.4** Subcontractor shall work overtime, Saturdays or Sundays at the discretion of Contractor, without additional payment, if, in the judgment of Contractor, such overtime and Saturday or Sunday work is necessary due to delay attributable to, or caused by, Subcontractor.

**5.5** Subcontractor shall not employ men or means or use materials which may cause strikes or other labor disharmony, disputes or troubles by workmen employed by Contractor or other contractors, subcontractors or persons on any work in connection with the General Contract and shall conform to the labor policies of Contractor.

**6.** **<u>CLAIMS AND NOTICES.</u>**

**6.1** Subcontractor shall, within three (3) calendar days after the commencement of any condition claimed to be grounds for an increase in the Subcontract Price, give Contractor a written statement of any such condition which is causing or may cause such claims together with a statement of the details and the amount of money claimed and the reasons therefor. Unless the aforesaid statements are given by Subcontractor as required hereunder, Subcontractor shall be deemed to have waived any such claim, and Contractor shall be released from any and all claims arising from or related to any such condition.

**6.2** In addition to the requirements of subparagraph 6.1, Subcontractor shall give Contractor written statement of any and all claims of Subcontractor for an extension of time within which to complete the Work. Said written statement shall be given within three (3) calendar days of the commencement of any condition which is causing or may cause a delay, interference or disruption to Subcontractor's performance of the work together with the reasons for such requested time extension, and shall specifically contain the following information: the date on which the condition giving rise to the request began; the length of the time extension Subcontractor is requesting or anticipates needing, and an explanation of what work is being impacted by the condition causing the delay.

**6.3** Any claims for extra or additional costs attributable to, or arising from unforeseen site conditions or orders, acts or omissions of the Owner or others, shall be presented by Contractor to Owner solely under the terms of the General Contract upon Subcontractor's timely written request, and Subcontractor shall accept and be conclusively bound by the determination of the Owner with respect thereto, relieving Contractor of all liability in connection with any such claims. Nothing in this Article is intended, nor shall be construed to impose on Contractor any obligation or responsibility to take any further action whatsoever with respect to such claims of Subcontractor or otherwise be answerable or liable in anyway for any acts or omissions of the Owner or others which cause damage to Subcontractor.

**6.4** In the event the General Contract between Contractor and Owner employs Alternative Dispute Resolution practices and procedures, Subcontractor agrees to cooperate completely and do all things necessary, including but not limited to complying with time requirements, and furnishing records and witnesses, so as to enable Contractor to comply with the requirements of Owner's Alternative Dispute Resolution rules, practices and procedures as may be in effect from time to time. The failure of the subcontractor to fully comply with all such requirements of Owner as to the Alternative Dispute Resolution procedures in the General Contract shall be deemed to be a waiver by Subcontractor of any claims Subcontractor may have that are subject to resolution under such provisions and will relieve Contractor of any and all liability to Subcontractor as to any claims subject to resolution under such provisions. Nothing in this Article is intended, nor shall be construed to impose on Contractor any obligation or responsibility to take any further action whatsoever with respect to Subcontractor's claims following resolution under the Alternative Dispute Resolution procedures in the General Contract.

**6.5** Subcontractor agrees to make no claim for extra or additional cost or damages attributable to any delays, disruptions, interference's or inefficiencies in the performance of this Subcontract occasioned by any act or omission to act on the part of Contractor or the Owner, or any of their representatives, or others, and it agrees that any such claim shall be fully compensated for by an extension of time to complete performance of the Work as provided herein.



**INSURANCE.**

.1 Subcontractor specifically agrees to comply with the prime contract insurance requirements and aintain no less than the following insurance coverages in the limits provided below:

) Subcontractor shall provide Comprehensive General Liability insurance issued by an insurance arrier licensed and authorized to do business in New York State with a minimum A.M. Best Rating of "A" n an occurrence basis with a combined limit for bodily injury, personal injury and property damage of at ast Five (5) Million Dollars per occurrence and in the aggregate. The limit may be provided through a ombination of primary and umbrella/excess liability policies. Subcontractor shall also provide Worker's ompensation and Employer's Liability Insurance which includes statutory workers' compensation ncluding occupational disease) and employers' liability coverage with limits in accordance with the laws f the state in which the work is performed, including other States Endorsement, but in no event less than 1,000,000 on an occurrence basis. Subcontractor must evidence separate workers compensation if, Vorkers Compensation for on-site operations is different than off-site operations (see Project Labor greement or Owners & Contractors Insurance Program if applicable). Subcontractor shall also provide Vorker's Disability Insurance, Automobile Liability Insurance of not less than $1,000,000 on an ccurrence basis. Umbrella and/or excess liability may be used to comply with Automobile Liability limits; nd any such other insurance coverage as may be required by law.

) Subcontractor shall, by specific endorsements to its primary, umbrella/excess, and automobile ability policies, cause the following to be named as Additional Insureds hereunder and any other entity s required by Contract or Owner:

(i) Yonkers Contracting Company, Inc.
(ii) New York City Dept. of Environmental Protection
(iii) The City of New York
(iv) URS Consultants

dditional insured coverage shall be provided by endorsement at least as broad as ISO-CG2010 (1985).

) Subcontractor shall, by specific endorsement to its primary liability and automobile policy, cause e coverage afforded to the additional Insureds there under to be primary to and not concurrent with ther valid and collectible insurance available to the Additional Named Insured's with Severalibility of terest.

) Subcontractor shall, by specific endorsement to its umbrella/excess liability and automobile olicy, cause the coverage afforded to the Additional Insureds thereunder to be first tier umbrella/excess overage above the primary coverage afforded to the Additional Insureds and not concurrent with or xcess to other valid and collectible insurance available to the Additional Named Insured's with everalibility of Interest.

) Subcontractor shall, by specific endorsement to its primary and umbrella/excess liability policies, ause the coverage afforded thereunder to include blanket written contractual liability covering all demnity agreements set forth in this Subcontract including but not limited to the indemnity agreement et forth in paragraph 9 below and the indemnity agreement(s) set forth in Standard Specifications and ny Addendum thereto;

) Subcontractor shall, by specific endorsements to its primary and umbrella/excess liability policies, ause the coverage thereunder to include products liability and completed operations, with the provision at coverage shall extend until final acceptance by the governing authority, of the work covered by the ontract.

) Subcontractor shall, by specific endorsement to its primary and umbrella/excess liability policy, rovide that defense costs are not to be considered as damages so as to erode the policy limits required nder paragraph 7.1(a) above.

) Certificates evidencing the foregoing insurance overages, or, at Contractor's option, copies of the olicies themselves, must be furnished by Subcontractor to, and be approved by, Contractor, before ubcontractor will be permitted to do any work under this Subcontract. Certificates, Notices of ancellation, or changes, etc., are to be sent by Subcontractor, directly to Contractor. Subcontractor and ubcontractor's insurance carrier must reconcile all policy requirements to the satisfaction of Contractor nd Owner.

Before the commencement of work, Subcontractor shall furnish Contractor with certificates from bcontractor's insurance carriers showing that Subcontractor has complied with the above list and that d insurance policies will not be canceled or changed except upon thirty (30) days prior written notice to ntractor. Subcontractor further agrees that the aforesaid insurance will be maintained until the entire rk to be performed by Subcontractor under this Subcontract is completed and accepted. If, at any time ing the term of this Subcontract, Subcontractor does not provide insurance coverage as aforesaid, ntractor shall have the right, at its option, to procure same, and deduct from any sums due or to come due to Subcontractor hereunder the cost of such coverage procured by Contractor.

All policies of insurance maintained by Subcontractor, shall be specifically endorsed to provide for vaiver of subrogation in favor of Contractor and all other parties to be indemnified under sub-paragraph (a) hereunder.

**GUARANTEE.**

bcontractor shall be under the same obligations to Contractor to maintain and guarantee its Work as ntractor is obligated to Owner under the General Contract to maintain and guarantee the work, and bcontractor shall perform any and all necessary and required maintenance and guarantee work at bcontractor's own expense. Subcontractor shall also be fully responsible: (1) to repair or replace any fective or improper work or material, (2) to repair or correct any damages caused thereby, and (3) to dertake at its sole cost and expense, the repair or replacement of such work, materials or equipment, ich are found by Owner to be unacceptable, unsatisfactory or otherwise not in accordance with the ndards and requirements of the General Contract. In the event the General Contract provides for ention of any amount as guaranty for maintenance or repair of work to be performed under this bcontract, a similar amount shall be retained by Contractor from Subcontractor in the same manner as ovided for in the General Contract.

**INDEMNITEES.**

1 Notwithstanding the requirements of insurance to be effected by Subcontractor under Paragraph " hereof, Subcontractor, to the maximum extent permitted by law, assumes the entire responsibility and bility for, the defense of and specifically agrees to pay and indemnify Contractor, and/or the Owner d/or any additional parties to be indemnified under subparagraph "a" below (hereinafter collectively, demnitees"), and to hold the Indemnitees harmless from and against:

) All claims, suits, damages, liabilities, fines, professional fees, attorneys' fees (including all such penses incurred in enforcing this indemnity agreement), costs, expenses and disbursements, related to ath, personal injuries or property damages brought against the Indemnitees by any person or firm or by ason of any liability imposed upon the Indemnitees under any statute, ordinance or regulation, including SHA, and the New York State Industrial Code; where applicable, arising out of or in connection with, or a consequence of, the Work of the Subcontractor under this Subcontract, as well as any additional ork, extra work or add-on work, whether caused in whole or in part by the Subcontractor or any person entity employed, either directly or indirectly, by the Subcontractor, or acting as its agent or presentative, including any subcontractors thereof and their employees. The Subcontractor having knowledged that the General Contract between Contractor and the Owner, including any addenda, ders or changes, is incorporated into and made a part of this Subcontract, specifically understands and grees that any person or entity who is required to be indemnified by Contractor under the General ontract and any addenda, riders or changes thereto, shall be an Indemnitee under this Subcontract as ell. The parties expressly agree that this indemnification agreement contemplates (1) full indemnity in e event of liability imposed against the Indemnitees, or any one of them, without negligence and solely y reason of statute, ordinance or regulation, by operation of law or otherwise; and (2) partial indemnity in e event of any actual negligence on the part of the Indemnitees either causing or contributing to the nderlying claim in which case, indemnification for the negligent indemnitee will be limited to any liability nposed over and above that percentage attributable to actual fault whether by statute, ordinance or gulation, by operation of law or otherwise. Where partial indemnity is provided under this Subcontract, osts, professional fees, attorneys' fees, expenses and disbursements shall be indemnified on a pro rata asis; and

) All loss or damages, and to reimburse Contractor for any loss, cost, damage and expense, cluding attorney's fees, to which Contractor or the Owner may be put as a result of claims made, or igation begun on account of any alleged violation or infringement of any letters patent or patent rights rising out of the work or methods, materials or things used by Subcontractor.



.2 The foregoing provisions for the benefit of Contractor shall be in addition to any other rights and emedies of Contractor and shall not be deemed or construed to diminish or change Contractor's legal ghts and remedies in the event of an abandonment by Subcontractor of the work under this Subcontract r Subcontractor's failure to complete the work hereunder by the time fixed for its completion, or by any ther breach of this Subcontract by Subcontractor, nor shall the preceding paragraph be deemed to bligate Contractor to act under it, except at its option.

0. **TERMINATION.**

0.1 In the event that the Work shall not be commenced or prosecuted by Subcontractor as provided this Subcontract, or if the Subcontractor shall fail or refuse to comply with any of the written orders or irections of the Owner, or of Contractor, either as to rate of progress, manpower, quantity of material or quipment, performance of extra or additional work, omission of work, or as to any other matter, or if the ubcontractor shall cause, by any of its acts or omissions, the stoppage, delay or interference with the ork of Contractor or of any other subcontractors, or shall fail to make, when due, payments to its ubcontractors, laborers, materialmen, or others to whom it may be indebted, or in the event any rovision of the Bankruptcy Code of the United States of America shall be invoked by or against the ubcontractor, or in the event the Subcontractor shall become insolvent, make an assignment for the enefit of creditors or a Receiver shall be appointed of its property or any judgment is taken against the ubcontractor and execution issued thereon, or if the Subcontractor, in the opinion of Contractor, shall iolate any of the terms of this Subcontract then, Contractor may, after three (3) days written notice to ubcontractor of default hereunder and upon Subcontractor's failure in that time to cure such default, ave the right to take over this Subcontract and complete the Work under it or, at its option, employ thers to complete the Work to be done under it and charge the cost thereof to Subcontractor. In any uch completion, the completing Contractor shall have the right to use any plant, equipment, materials or upplies provided by Subcontractor for performance of this Subcontract until all Work hereunder has been ompleted, at which time, if the amount which would have been paid to Subcontractor for the completion y Subcontractor of all Work hereunder, less all previous payments made to Subcontractor, shall exceed he actual and necessary expense of finishing including as a part of such cost and expense ten (10%) ercent for overhead if Contractor shall complete the Work itself, such excess shall be paid by Contractor o Subcontractor. However, if such cost and expense shall exceed the amount which would have been aid to Subcontractor for completion by Subcontractor of all Work hereunder, less all previous payments o Subcontractor, Subcontractor shall be liable for and shall pay the difference to Contractor. Contractor hall have the right of setoff against any other subcontract balances and obligations due or to become ue under other subcontracts between Contractor and Subcontractor, and this term shall be deemed to e included and incorporated in every other subcontract between Contractor and Subcontractor as an mendment in writing thereto.

0.2 The foregoing provisions for Contractor's benefit shall be in addition to any other rights and emedies of Contractor and shall not be deemed or considered in any way to diminish or change Contractor's rights and remedies in the event of the default or abandonment by Subcontractor of the Work nder this Subcontract or any other breach of this Subcontract by Subcontractor. Moreover, nothing ontained in the preceding paragraph shall be deemed to obligate Contractor to take any affirmative ction except at Contractor's option.

1. **OWNER TERMINATION OF GENERAL CONTRACT.**

n the event the Owner terminates or cancels the General Contract for any cause whatsoever at any time after the date hereof, this Subcontract shall likewise be deemed canceled and terminated, and it is understood that the Subcontractor shall have no claim of any kind whatsoever against Contractor for breach of this Subcontract, for any cause or reason whatsoever. Subcontractor shall not be entitled to make claim for, and specifically waives any right to recover on account of loss of anticipated profits on the uncompleted Work or any aspect of it. It is understood that Contractor reserves to itself the same powers and rights as regards terminating this Subcontract that the Owner may exercise over Contractor under any provision of the General Contract.



2. **OWNER SUSPENSION.**

the event the General Contract contains provisions whereby the Owner reserves the right to suspend e performance of the whole or any part of the work, and in the further event that the Owner exercises ch right at any time, the Subcontractor understands and agrees that its Work will be similarly ispended and its rights will be similarly limited to such extension of time for completion of the Work as ay be allowed to Contractor by the Owner. Subcontractor shall be entitled to no compensation or amages on account of such suspension from Contractor, unless, and only to the extent that, the Owner ompensates Contractor for additional costs incurred by Subcontractor on account of such suspension.

3. **OWNER ASSESSED DAMAGES.**

the General Contract provides for liquidated damages or other related charges for delay or delayed ompletion beyond any milestone or completion dates set forth in the General Contract, and any such amages are assessed by the Owner against Contractor, then Contractor may assess any such damages gainst the Subcontractor in proportion to the Subcontractor's share of the responsibility for such delay nd damage. Nothing contained herein however shall limit Contractor's right to claim against the ubcontractor for any and all actual damages or extra or additional costs sustained by Contractor as a esult of the Subcontractor's delay.

4. **CERTIFIED FIELD REPORTS.**

ubcontractor shall furnish Contractor with certified copies of Subcontractor's field job payroll in ccordance with the requirements of the General Contract. This provision may be exercised by ontractor at any time with respect to all past, present and future payrolls on this Project. ubcontractor's failure to furnish certified field payrolls, upon request, shall be grounds for termination of is Subcontract by Contractor. Subcontractor shall also provide Contractor with all required monthly EO/Minority Utilization Reports, Labor Wages Compliance Reports and other similar reports required by e General Contract or by law. All of the foregoing reports shall be furnished in a timely manner and in ccordance with the requirements of the General Contract or as required by law. Subcontractor's failure furnish the aforesaid reports and information in a due and timely manner shall, at Contractor's option, onstitute a basis for withholding payments from Subcontractor until such time as the specified reports nd information are provided. Subcontractor shall retain all records relating to the Work for a period of ree years following the Owner's acceptance of its Work.

5. **PERMITS.**

ubcontractor agrees to obtain any and all permits approvals and licenses except Building and Work ermits which may be required in connection with the performance of the Work embraced within this ubcontract.

16. **TAXES, ASSESSMENTS, PREMIUMS AND FRINGES.**

ubcontractor shall pay all federal, state and local taxes, assessments and premiums under the Federal ocial Security Act, any applicable Unemployment Insurance, Workmen's Compensation, Disability enefits, Old Age Benefits, Sales & Use Tax, Personal Property Tax, Transportation Tax, or other pplicable taxes now or hereafter in effect, payable by reason of or in connection with any part of ubcontractor's Work, and to furnish reports and information to the appropriate agencies as required, the ame as though Subcontractor was in fact Contractor. Subcontractor will furnish Contractor with its mployer's Registration Number assigned to it by the state and federal agencies having the authority to ssue such registration numbers.

17. **ASSIGNMENTS.**

ubcontractor agrees that it will not sublet or assign any part of this Subcontract, or the Work provided for r the moneys due, or to become due hereunder, without prior approval of Contractor.

18. **BONDS. – OMITTED**



## COMPLIANCE WITH APPLICABLE LAW AND WORK PLACE SAFETY.

.1 The Subcontractor is required to perform the Work in compliance with all applicable rules, safety easures, policies, regulations, orders and other lawful requirements and standards required by any vernmental authority having jurisdiction and by the General Contract, and in a safe and reasonable anner.

.2 The Subcontractor shall seek to avoid injury, loss or damage to persons or property by taking all asonable steps to protect: (a) its employees and other persons at the site; (b) materials and equipment ored at the site or at off-site locations for use in the performance of the subcontract work; and (c) all operty and structures at the site and adjacent to work areas, whether or not said property or structures e part of the project site or involved in the Work. The Subcontractor shall comply with all applicable les, safety measures, policies, regulations, orders and other lawful requirements and standards quired by any governmental authority having jurisdiction and by the General Contract.

.2.1 The Subcontractor shall promote worker safety and health at the worksite, including compliance th all applicable provisions of the Occupational Safety and Health Act of 1970. Subcontractor will mply with 29 CFR 1926 OSHA standards as minimum safety requirements, unless otherwise noted and all adhere to and abide by subparts M, 29CFR 1926.500,501,502 and 503 of OSHA's revised fall otection standard effective February 6, 1995, as a minimum unless otherwise noted and the New York ate Industrial code; where applicable. The Subcontractor shall adhere to a 100% fall protection policy ring all steel erection, steel related activities and any other activities with fall exposures at heights of at ast six (6) feet.

.2.2 The Subcontractor shall comply with Contractor's written Safety Program. Subcontractor shall be sponsible for establishing a Jobsite Specific Task Analysis ("JSTA") for all its operations and for the plementation of the safety procedures developed therein when performing the work. Subcontractor all submit the JSTA and applicable material safety data sheets prior to Subcontractor commencing its -site work. The Subcontractor will appoint a Safety Representative for the duration of the Project. The bcontractor shall indemnify Contractor for any fines, or penalties imposed on Contractor as a result of y safety or health violations to the extent that any such fines or penalties are the result of the bcontractor's failures to comply with applicable safety or health requirements, rules, regulations, orders other lawful requirements. In the event Subcontractor is cited for the violation of, or failure to comply th, any applicable safety or health requirements, rules, regulations, orders or other lawful requirements, shall give prompt notice thereof to Contractor and promptly provide Contractor with copies of any ations and other related documents it has received in connection with any such violations.

.3 For all Federal-aid Contracts and for all Subcontracts of $10,000.00 or more, the Subcontractor all comply with, and provide any required documentation of its compliance upon request of the ontractor, the EEO Provisions of FHWA – 1273. In accordance with FHWA – 1273, Subcontractor is quired to:

- Formally adopt an EEO policy, designate an EEO Officer, and cooperate with any and all Local, State, FHWA and USDOL agencies.
- Educate all personnel of the requirements of Subcontractor's EEO Policy and FHWA – 1273. All new Supervisory employees shall be educated within 30 days of hire.
- Inform all employees of the Subcontractor's EEO Policy by meetings, Handbooks, or other acceptable means.
- Conduct EEO Compliance Meetings with supervisory and personnel office employees before the start of the project and not less than once every six months thereafter.
- Instruct all employees who recruit to:
  - (a) Post Notices and Posters regarding Subcontractor's EEO Policies.
  - (b) Place advertisements for employment opportunities in publications with Minority/women focus.
  - (c) Include the statement "An Equal Opportunity Employer" in all advertisements for employees.
  - (d) Conduct systematic and direct recruitment through sources likely to yield minorities and women.
  - (e) Identify specific sources of potential minority/women candidates, and establish referral procedures with those sources.
- Abide by all valid bargaining agreements to the extent that the contractor can comply with EEO contract requirements.
- Encourage present employees to refer minority/women applicants for any open positions.



.3 (continued)

- Ensure non-discrimination in Wages, Working Conditions, Benefits, Hiring, Upgrading, Promotion, Transfer, Demotion, Layoff, and Termination. Periodically review, and take affirmative action for all affected employees if and where any discrimination is found.
- Investigate all complaints of discrimination and take corrective action that includes all affected persons.
- Assist in increasing the skills of minority/women employees and applicants.
- Make full use of OJT and Apprenticeship Training Programs.
- Advise employees and applicants of training opportunities.
- Review training and promotion potential of minority/women employees.
- Encourage minority/women employees to apply for training and promotion.
- Exert best efforts to gain Union cooperation in increasing opportunities for minorities and women.
- Exert best efforts to develop training programs with unions.
- Exert best efforts to incorporate EEO Clause in each Union Agreement binding the Union to non-discriminatory referrals.
- Engage in direct recruitment when Unions fail to provide minorities/women.
- Notify Contractor and the State when the Union fails to provide minority/women employees.
- Not discriminate in the selection and retention of subcontractors, material suppliers and lessors of equipment.
- Notify all potential subcontractors and suppliers of its EEO plan and the obligation not to discriminate.
- Exert its best efforts to utilize DBE/MBE/WBE subcontractors and vendors.
- Keep all reports, records and documentation to demonstrate compliance for no less than three years after the completion of the Prime Contract including, but not limited to all records of:
    (a) EEO workforce profile by classification.
    (b) EEO efforts with Unions.
    (c) Efforts to increase the number of minority/women employees.
    (d) Efforts to utilize DBE/MBE/WBE subcontractors and suppliers
- Submit annual report to Contractor and the State each July indicating EEO workforce profile employed in each classification per FHWA – 1391.
- Certify to and maintain Non-Segregated facilities.

.4 Subcontractor's failure to comply with any of the requirements of this Article 19 will be deemed by ntractor to be a material breach of this Subcontract.

. **CUMULATIVE RIGHTS AND REMEDIES OF CONTRACTOR.**

ne of the rights and remedies granted to, conferred upon, or reserved by Contractor under this bcontract, shall be deemed exclusive or impose any limitations upon, or be in derogation of any right or medy of Contractor now existing, or hereafter to exist, at law, in equity or by statute, or in the manner or e for the exercise thereof; but each and every right and remedy of Contractor under this Subcontract all be cumulative, and in addition to all other rights and remedies of Contractor under the Subcontract, w existing or hereafter to exist, at law, in equity, or by statute; any breach of any covenant or covenants rein contained may, at Contractor's option, be deemed a material breach of this Subcontract.

. **CLEANUP.**

ring performance of its Work, Subcontractor shall keep all work areas occupied by it in a clean and fe condition. Upon completion of the Work, the Subcontractor shall remove all its tools, materials, bbish, debris and other articles from the property of the Owner and shall leave its portion of the Work d the area occupied or used by it broom clean. Should it fail to take prompt action to this end, the vner, or Contractor (at its option and without waiver of such other rights as it may have) may on thirty 0) days notice treat them as abandoned property and shall charge Subcontractor the costs for removal Subcontractor's tools, materials, rubbish, debris and other articles of property.

CHANGES AND EXTRAS.

1 Contractor, without invalidating the Subcontract, may, at any time require changes in bcontractor's Work consisting of additions, deletions or other revisions, with the Subcontract Price ng adjusted accordingly. All such required changes shall be requested in a signed writing and shall be mitted to Subcontractor for its signature. If not otherwise provided for herein, the provisions of the neral Contract with respect to pricing, approval and performance of extra or change order work or litions, deletions and modifications for the work shall be applicable to this Subcontract and fully binding on the Subcontractor with regard to any such work. Subcontractor will render bills for any additional rk at such times and in such form as directed by Contractor. For the purpose of checking such bills and other claims and determining the correctness of the charges, Subcontractor shall also permit ntractor to audit its books and hereby authorizes Contractor to check directly with the suppliers of labor materials to confirm the accuracy and correctness of the charges for labor, materials or other items bearing in the Subcontractor's bill to Contractor. Any modifications or change of the Subcontract viding for the omission of work shall be computed, and the value, when so determined shall be lucted from the Subcontract Price as herein provided.

2 The Subcontractor shall not be entitled to receive any extra compensation of any kind atsoever, regardless of whether the same was ordered by Contractor or any of its representatives, ess such extra order is given in writing and signed by the Project Manager of Contractor, or another resentative of Contractor, who is duly authorized to act in his place and stead.

INSPECTION OF RECORDS.

ntractor shall have the right to examine all books, records, documents, and other data of Subcontractor ating to bidding, pricing or performance of this Subcontract or any change or modification thereto for purpose of evaluating the accuracy and completeness of the cost data submitted in connection with y claim for money.

PATENTS INFRINGEMENT.

.1 Subcontractor agrees to pay all royalties and license fees and to indemnify and hold harmless ntractor and Owner from loss or damage or expense, including but not limited to attorneys' fees, to ich they may be put as a result of claims made or litigation on account of alleged violation or ringement of any letters patent or patented rights arising out of the Work, methods, materials, or things ed by Contractor, except infringement or alleged infringement resulting from the use of or compliance h designs, drawings and specifications which form a part of this Subcontract and which were not ginated or prepared by Subcontractor.

.2 In the event of any such loss, expense, damages or injury, or if any claim or demand for damages resaid is made against Contractor or Owner, Contractor may withhold from any payment due or to come due to Subcontractor under the terms of this Subcontract, an amount sufficient in its judgment to otect and indemnify it and Owner from any and all such claims, expense, loss, damages or injury, or ntractor in its discretion may require Subcontractor to furnish a surety bond satisfactory to Contractor, oviding for such protection and indemnity, which bond shall be furnished by the Subcontractor at his n cost within five days after written demand has been made therefor.

INDEMNIFICATION OF CONTRACTOR FOR THIRD PARTY CLAIMS.

the event the General Contract contains provisions which give other independent contractors on the oject a right to hold Contractor responsible for any damages they may sustain, the Subcontractor rees to exonerate, indemnify and hold Contractor harmless from and against any claims, demands, lgments or liabilities against Contractor asserted by any other independent contractor on the Project, sing out of any act or omission of the Subcontractor or any of its sub-subcontractors or suppliers or any their respective employees, agents or representatives.

OWNER CONSENT.

is Subcontract shall be of no force and effect until consent and/or approval in writing thereto is granted the Owner.



GOVERNING LAWS AND VENUE.

interpretation of this Subcontract, including any alleged breach hereof, shall be subject to the laws of State of New York. Any action at law or equity commenced by Subcontractor or Contractor on causes ction arising under this Subcontract shall be filed, and venue shall lay, exclusively in the Supreme rt of the State of New York, County of Westchester, before a Justice of said Court. The parties eto hereby waive the right to trial by jury. Further, the parties hereto hereby submit to the jurisdiction aid Court in all matters arising under this Subcontract.

COMPLETE AGREEMENT AND NO ORAL MODIFICATION.

ept as expressly set forth herein, there have been no representations by either party to the other to ce execution of this Subcontract, and all prior negotiations and understandings with respect to the ect matter of this Subcontract are merged herein. This Subcontract shall be binding on and inure to benefit of the successors and permitted assigns of the respective parties. This Subcontract cannot be nded or waived except by written instrument signed by the parties or their respective successors in est.

CODE OF BUSINESS ETHICS.

kers has adopted and adheres to a Code of Business Ethics and Standards of Conduct (the "Code of iness Ethics"), which embodies Yonkers' commitment to integrity, sound business ethics and personal ess and honesty in its dealing with owners, customers, suppliers, Subcontractors, and others. The e of Conduct is incorporated in this Subcontract and a copy is available on the Yonkers Contracting net website at www.yonkerscontracting.biz, or at its office for review. We ask you to familiarize self with it. Subcontractors and others that Yonkers deals with shall adhere to the Code of Business cs.

RIGHT TO AUDIT.

contractor agrees to permit The City of New York ("the City") or its agents the right to conduct an audit he Subcontractor's books and records relating to any financial transaction relating to this contract. ption of this right-to-audit clause is a condition precedent to the Subcontractor's right to receive ments under this Contract.

**VITNESS WHEREOF**, the parties hereto have duly executed this Subcontract the day and year first ve is written.

CONTRACTOR
YONKERS CONTRACTING COMPANY, INC.

st: [signature]

BY [signature]
Dennis J. Capolino, VP, Procurement

SUBCONTRACTOR
K G INDUSTRIES, INC.
Federal I.D. Number: 11-2436360

st: [signature]

BY [signature]
Ramesh Shah, Vice President

K. G. Industries, Inc.
Fed. I.D. 11-2436360

J, CM, TRS, JC, JM (Field), File, AS(Orig.)
S\03-945\SC94533.doc